AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

CAB-104 #2

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7-11-2000 |
| NAME OF SERVER (PRINT) Abel BETANCOURT JR | TITLE Civil process |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 118 E Tyler St
Harlingen TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-2000
2:40 PM

Signature of Server

Address of Server
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel (940) 546-1313
956

Natalie F. Prim

SUBSCRIBED AND SWORN TO ME
ON THE 11 DAY OF July, 2000

NOTARY PUBLIC

[Notary Stamp: EDUARDO GONZALEZ MY COMMISSION EXPIRES March 21, 2002]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.