AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

CAB-104- #3

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7-17-2000 |
| NAME OF SERVER (PRINT) Abel Betancourt JR | TITLE Civil Processor |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 118 E Tyler ST Harlingen TX 78550

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-2000
          Date
          2:40 Pm

Signature of Server

Address of Server

Professional Civil Process
700 Paredes Ave. #208
Brownsville, Texas 78520
Tel (210) 546-1313

SUBSCRIBED AND SWORN TO ME ON THE ___ DAY OF ___ 19___

NOTARY PUBLIC

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002
STATE OF TEXAS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.