AO 440 (Rev. 10/93 Summons in a Civil Action (Reverse)

# RETURN OF SERVICE  CAB-00-104

DATE 8-7-00

Service of the Summons and Complaint was made by me [1]

NAME OF SERVER (PRINT) Abel Betancourt Jr

TITLE Civil processer

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1102 S. Commerce St. Harlingen TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

AUG 0 9 2000

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-7-00  1:25 PM
          Date

Signature of Server

Address of Server
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313
956

SUBSCRIBED AND SWORN TO ME ON THE 7 DAY OF ___ 19 2000

NOTARY PUBLIC

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure