12

United States District Court
Southern District of Texas
FILED

AUG 2 2 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DAN MORIN, ET AL.                    {
                                     {       CIVIL ACTION NO. B-00-104
V.                                   {
                                     {       (ORAL HEARING IS REQUESTED)
CITY OF HARLINGEN, ET AL.            {

### SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(b)(4,5) AND UNDER FRCP 12(b)(6)

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants JIM SCHEOPNER, JOSEPH VASQUEZ, and R.D. MOORE and file this their **SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(b)(4,5) AND UNDER FRCP 12(b)(6)** and would show the Court as follows:

Previously, Defendants Scheopner, Vasquez and Moore moved to dismiss under Fed.R.Civ.P. 12(b)(4,5). That part of the motion under rule 12(b)(4,5) was based on improper service. After the Defendants' motion was filed, Plaintiffs properly served a citation and an Original Complaint on each of the individual defendants. Therefore Defendants Scheopner, Vasquez and Moore, individually, withdraw so much of their motion that seeks to dismiss for defective service under Rule 12(b)(4,5).

However, the individual Defendants continue to assert their Motion to Dismiss Plaintiffs' Complaint under Rule 12(b)(6) for Failure to State a Claim and Motion to

Dismiss Under 12(b)(6) Based on Qualified Immunity against the Complaints now served on them.

WHEREFORE, PREMISES CONSIDERED, Defendants Jim Scheopner, Joseph Vasquez, and R.D. Moore requests the Court permit them to supplement the motion and that their motions to dismiss under Rule 12(b)(6) be granted, and any other such further relief to which they may show themselves entitled.

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Federal ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,

CITY OF HARLINGEN, R.D. MOORE,
JOSEPH VASQUEZ, and JIM SCHEOPNER

WALTER PASSMORE
Federal No. 2264
Texas State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, LLP
2424 North 10th St., Suite 201; 78501
P. O. Drawer 3766
McAllen, TX 78502-3766
956/687-6225; Fax: 956/686-1276

Attorney for Defendant, R.D. MOORE and
JIM SCHEOPNER, In Their Individual Capacity

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 21 day of August, 2000, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, DAN MORIN:

    Mr. Robert J. Patterson        **Via CMRRR No. 7099 3400 0014 6896 6631**
    PATTERSON & ASSOC.
    101 N. Shoreline, Ste. 210
    Corpus Christi, TX 78401

Attorney of record for Defendants Scheopner and Moore, Individually:

    Mr. Walter Passmore        **Via Regular Mail**
    PASSMORE, WALKER & TWENHAFEL, LLP
    P. O. Drawer 3766
    McAllen, TX 78502-3766

                                                  ROGER W. HUGHES

ADAMS & GRAHAM, L.L.P.
SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(b)(4,5) AND FRCP 12(b)(6)
[18-rb] C:\FILES\H-1023\DMORIN\SUP12B45.MTN    Page 3