# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

OCT 23 2002

CHARLES R. FULBRUGE III
CLERK

No. 01-40752

D.C. Docket No. B-00-CV-104
B-00-CV-105

DAN MORIN, Individually and as representative of the estate of Margarita Flores Deceased

        Plaintiff - Appellant

v.

RALPH D MOORE; JOSEPH VASQUEZ; JIM SCHOEPNER; CITY OF HARLINGEN

        Defendants - Appellees

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

-----------------------------------------------------------------

DONALD MORIN; DIANA MORIN; JENNIFER MAY GWIN; DANNY MORIN; RUBEN RIOS, SR, as next friend of Ruben Rios, a minor; MARIA D LOPEZ, as next friend of Brian Morin, a minor

        Plaintiffs - Appellants

v.

RALPH D MOORE; JOSEPH VASQUEZ; JIM SCHOEPNER; CITY OF HARLINGEN

        Defendants - Appellees

Appeals from the United States District Court for the
Southern District of Texas, Brownsville.

Before DAVIS, DeMOSS and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE:   JAN 17 2003

Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
      Deputy

New Orleans, Louisiana   JAN 17 2003

OP-OA-J-1