17

United States District Court
Southern District of Texas
FILED

SEP 1 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARITA FLORES, DECEASED | § § § § § | |
| V. | § § § | CIVIL ACTION NO. B-00-104 |
| RALPH D. MOORE, JOSEPH VASQUEZ, JIM SCHOEPNER | § § § | |
| AND | § § | |
| CITY OF HARLINGEN, TEXAS | § | |

## MOTION FOR APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Dan Morin, hereinafter called Plaintiff in the above entitled and numbered cause, and files this his Motion for Appearance of Counsel, and would respectfully show unto the Court the following:

1. Robert J. Patterson of the law firm of Patterson & Associates is presently lead counsel in the above entitled and numbered cause, and Ray Alexander of the law firm of Patterson and Associates will be designated to appear in addition to Robert J. Patterson, with full authority to bind the client, Plaintiff Dan Morin.

2. The proposed appearance of counsel will not unfairly delay the progress of this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Dan Morin prays that Ray Alexander, Federal Admission # 8442, of the law firm of Patterson & Associates, 101 N. Shoreline, Suite 210, Corpus Christi, Texas 78401, be allowed to appear as counsel in addition to Robert J. Patterson and for such other and further relief to which said Plaintiff may be justly entitled to receive.

Respectfully submitted,

*[signature]*

Ray Alexander
State Bar No. 00997025
Federal ID No. 8442
101 N. Shoreline, Suite 210
Corpus Christi, Texas 78401
(361) 887-1881
(361) 887-6761 (Facsimile)

*[signature]*

Robert J. Patterson
State Bar No. 15604500
Federal ID No. 748
101 N. Shoreline, Suite 210
Corpus Christi, Texas 78401
(361) 887-1881
(361) 887-6761 (Facsimile)

ATTORNEYS FOR PLAINTIFF

Morin\Appearanc.mtn

Page -2-

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of September, 2000, a true a correct copy of the above and foregoing instrument was forwarded to all counsel of record.

**VIA HAND DELIVERY:**

Mr. Tom Lockhart
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P.O. Drawer 3766
McAllen, Texas 78502-3766

RAY ALEXANDER

Morin\Appearanc.mtn