22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DONALD MORIN, DIANA MORIN, JENNIFER MAY GWIN, DANNY MORIN, AND RUBEN RIOS, SR., AS NEXT FRIEND OF RUBEN RIOS, JR., A MINOR, MARIA D. LOPEZ, AS NEXT FRIEND OF BRIAN MORIN, A MINOR, Plaintiffs, VS. RALPH D. MOORE, JOSEPH VASQUEZ, JIM SCHEOPNER, AND CITY OF HARLINGEN, TEXAS, Defendants. | CIVIL ACTION NOS. B-00-104 AND B-00-105 |

ORDER

On this 18th day of September, 2000 this Court heard arguments on whether Civil Action No. B-00-104 should be consolidated with Civil Action No. B-00-105. After careful consideration of said matter, this Court is of the opinion that these actions should be CONSOLIDATED. HEREAFTER, these actions will be referred to as Civil Action No. B-00-104.

DONE at Brownsville, Texas on this 18th day of September, 2000.

John Wm. Black
United States Magistrate Judge