United States District Court
Southern District of Texas
FILED

OCT 18 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN, ET AL | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | (ORAL HEARING IS REQUESTED) |
| CITY OF HARLINGEN, ET AL | { | |
| | | |
| DONALD MORIN, ET AL | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | (ORAL HEARING IS REQUESTED) |
| CITY OF HARLINGEN, ET AL | { | |

### DEFENDANTS' MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants R.D. MOORE ("Moore"), JIM SCHEOPNER, ("Scheopner"), and JOSEPH VASQUEZ ("Vasquez") Individually, and file this their **DEFENDANTS' MOTION TO STAY DISCOVERY** and would show the Court as follows:

### I.

### CERTIFICATE OF CONFERENCE

Counsel for Defendants, Scheopner, Moore, and Vasquez have conferred with opposing counsel. Plaintiffs' counsel is opposed.

II.

Defendants Scheopner, Moore and Vasquez have filed Motions to Dismiss Based on Qualified Immunity. These motions have not been resolved.

Until their Motions to Dismiss Based on Qualified Immunity Under FRCP 12(b)(6) is finally resolved, Defendants are entitled to have discovery stayed. *Schultea v. Wood,* 7 F.3d 1427 (5th Cir. 1995). The Individual Defendants' Rule 12(b)(6) motion raises legal issues only, and does not require Plaintiffs to take discovery to respond.

Judge Tagle recently entered a similar order staying discovery against Defendants Scheopner and Moore in a case involving the San Benito shootings, *Carlson v. City of Harlingen, et al.,* Case No. 00-71. A copy is attached as Exh. 1.

III.

Therefore, Defendants Scheopner, Moore and Vasquez request that all discovery be stayed in this case until the Court disposes of the issues concerning whether Plaintiffs' Complaints plead a basis to defeat qualified immunity.

WHEREFORE, PREMISES CONSIDERED, Defendants Scheopner, Moore and Vasquez pray the above motion be set for hearing, upon hearing same, the Court stay discovery, including mandatory disclosures under Rule 26, until such time as the Court rules on the merits of Defendants' Motion to Dismiss Under Rule 12(b)(6) for qualified immunity.

Respectfully submitted,

By: /s/ Tom Lockhart

TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954

Attorneys for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE, JIM SCHOEPNER, and JOSEPH VASQUEZ

WALTER J. PASSMORE
Admissions ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502-3766
956/687-6225; FAX: 956/686-1276

Individual Counsel for Defendant, R.D. MOORE and JIM SCHOEPNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 17th day of October, 2000, to the following counsel of record and interested parties:

---

Attorney of record for Plaintiff, DAN MORIN, ET AL.:

    Mr. Robert J. Patterson      **CMRRR NO. 7000 1670 0000 0785 3509**
    PATTERSON & ASSOC.
    101 N. Shoreline, Ste. 210
    Corpus Christi, TX 78401

Atttorney of record for Defendants MOORE and    SCHEOPNER, Individually:

    Mr. Walter Passmore      **Via Regular Mail**
    PASSMORE, WALKER & TWENHAFEL, LLP
    P. O. Drawer 3766
    McAllen, TX 78502-3766

Attorney of record for Plaintiffs, DONALD MORIN, ET AL.:

    Mr. Jerry Trevino      **CMRRR NO. 7000 1670 0000 0785 3493**
    Attorney at Law
    1125 South Port Ave.
    Corpus Christi, TX 78405

_____
ROGER W. HUGHES

713-250-5434 USDC                     SEP 28 '00  04:37PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 28 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Carlson, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 00-71 |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on September 27, 2000, the Court **GRANTED** the Defendants' Motion to Stay Discovery [Dkt. No. 33]. Discovery on the causes of action alleged against Defendants Scheopner and Moore is stayed until after the Court rules on the Defendants' pending motion on qualified immunity.

DONE at Brownsville, Texas, this the 27th day of September 2000.

_Hilda Tagle_
Hilda G. Tagle
United States District Court Judge

DEFENDANTS" MOTION TO STAY
Exh. 1


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALICE CARLSON | § |
| | § CIVIL ACTION NO. B-00-071 |
| V. | § |
| | § (ORAL HEARING IS REQUESTED) |
| CITY OF HARLINGEN, ET AL | § |

## DEFENDANTS' MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants R.D. MOORE ("Moore") and JIM SCHEOPNER, ("Scheopner") Individually, and file this their **DEFENDANTS' MOTION TO STAY DISCOVERY** and would show the Court as follows:

### I.

### CERTIFICATE OF CONFERENCE

Counsel for Defendants, Moore and Scheopner have conferred with opposing counsel. Plaintiffs' counsel is opposed; counsel for Defendant Cameron County is not opposed to this motion.

### II.

Defendants Moore and Scheopner have filed Motions to Dismiss Based on Qualified Immunity. These motions have not been resolved.

Until their Motions to Dismiss Based on Qualified Immunity Under FRCP 12(b)(6) is finally resolved, Defendants are entitled to have discovery stayed. *Schultea v. Wood*, 47 F.3d 1427 95th Cir. 1995). Their motions raise only law questions and thus no discovery is needed to resolve them.

Defendants Scheopner and Moore request all discovery be stayed. Otherwise, they and their counsel will be required to attend discovery of other parties. This will defeat the purpose of immunity if the Court later grants it.

### III.

Therefore, Defendants Moore and Scheopner request that (1) all discovery against them be stayed in this case and that they need not make their new Rule 26 disclosures until their motions are finally resolved; and/or (2) all discovery be stayed.

WHEREFORE, PREMISES CONSIDERED, Defendants Moore and Scheopner pray the above motion be set for hearing, upon hearing same, the Court stay discovery as requested until such time as the Court rules on the merits of Defendants' Motion to Dismiss Under Rule 12(b)(6) for qualified immunity.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954

Attorneys for Defendants, CITY OF HARLINGEN, R.D. MOORE and JIM SCHOEPNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 18 day of September, 2000, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, ALICE CARLSON:

Mr. Ronaldo S. Lozano                CM RRR 7099 3400 0014 6896 6396
Attorney at Law
360 East Hwy. 77, Suite 1
San Benito, TX 78586-5214

Attorneys of record for Defendants, R.D. MOORE and JIM SCHEOPNER, In Their Individual Capacities:

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P. O. Drawer 3766
McAllen, TX 78502-3766

Attorneys of record for Defendant, CAMERON COUNTY:

Mr. Richard O. Burst
Commissioners Court
Civil Legal Department
964 E. Harrison
Brownsville, TX 78520

_____
ROGER W. HUGHES