IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| DAN MORIN, ET AL { | |
| { | CIVIL ACTION NO. B-00-104 |
| V. { | |
| { | |
| CITY OF HARLINGEN, TEXAS, ET AL { | |
| | |
| DONALD MORIN, ET AL { | |
| { | CIVIL ACTION NO. B-00-104 |
| V. { | |
| { | |
| CITY OF HARLINGEN, TEXAS, ET AL { | |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

BE IT REMEMBERED, on this 25TH day of OCT, 2000, came to be considered DEFENDANTS' MOTION TO STAY DISCOVERY. The Court is of the opinion that same should be granted.

IT IS THEREFORE, ORDERED that discovery is stayed in the above-referenced consolidated cases, until the Court rules on the merits of individual defendants Scheopner, Moore and Vasquez's Motions to Dismiss Under Rule 12(b)(6) Based on Qualified Immunity.

SIGNED this 25 day of OCT, 2000 at Brownsville, Texas.

_____
JUDGE PRESIDING

cc:

Mr. Robert J. Patterson
PATTERSON & ASSOCIATES
101 N. Shoreline, Ste. 201
Corpus Christi, TX 78401

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502-3766

Mr. Jerry J. Trevino
Attorney at Law
1125 South Port Ave.
Corpus Christi, TX 78405

Mr. Tom Lockhart
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1249
Harlingen, TX 78551