30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0*8* 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN MORIN, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF MARGARITA FLORES, § <br> DECEASED § <br> § <br> V. § <br> § <br> RALPH D. MOORE, JOSEPH § <br> VASQUEZ, JIM SCHOEPNER § <br> § <br> AND § <br> § <br> CITY OF HARLINGEN, TEXAS § | CIVIL ACTION NO. <br> B-00-104 |

## ORDER GRANTING MOTION FOR APPEARANCE OF COUNSEL

On this the 7TH day of FEBRUARY 2001, the Court considered Ray Alexander's Motion (DOCKET NO 17) for Appearance of Counsel. After considering the Motion, the Court FINDS good cause to allow Ray Alexander to appear as counsel in addition of Robert J. Patterson.

THEREFORE, the Court GRANTS this Motion and ORDERS that Ray Alexander in addition to Robert J. Patterson are attorneys of record for Dan Morin.

**SIGNED AND ENTERED** on this the 7TH day of FEBRUARY 2001.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE