31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 07 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN MORIN, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF MARGARITA FLORES, § <br> DECEASED § <br> § <br> V. § <br> § <br> RALPH D. MOORE, JOSEPH § <br> VASQUEZ, JIM SCHOEPNER § <br> § <br> AND § <br> § <br> CITY OF HARLINGEN, TEXAS § | CIVIL ACTION NO. <br> B-00-104 |

## ORDER

Came on this day to be considered Plaintiff' motion to leave to file second amended Complaint ( DOCKET NO 18 )

After considering said motion and arguments of counsel, the Court finds that the motion has merit and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Leave to file his Second Amended Complaint is hereby GRANTED.

Signed this 7TH day of FEBRUARY, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE