33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DAN MORIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARITA FLORES, DECEASED § § § § § § | |
| V. § § | CIVIL ACTION NO. B-00-104 |
| RALPH D. MOORE, JOSEPH VASQUEZ, JIM SCHOEPNER § § § | |
| AND § § | |
| CITY OF HARLINGEN, TEXAS § | |

## PLAINTIFF DAN MORIN'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT JUDGE:

Now comes Plaintiff Dan Morin and files this his objections to the Magistrate Judge's Report file in support thereof would respectfully show the Court as follows:

1. On April 23, 2001, Plaintiff was served with the Magistrate Judge's Report and Recommendation with regard to Defendants' Motion to Dismiss under Fed.R.Civ.P. 12(b)(6) for failure to state a claim and under Fed.R.Civ.P. 12(b)(6) based on qualified immunity. Plaintiff herein objects to all those proposed findings, conclusions and recommendations of the Magistrate Judge's Report and Recommendation relating to Plaintiff Dan Morin.

2. WHEREFORE, PREMISES CONSIDERED, Plaintiff, Dan Morin herein objects to the Magistrate Judge's proposed findings, conclusions and recommendations contained in the Magistrate Judge's Report and Recommendation relating to Plaintiff Dan Morin and

prays that upon de novo review by this Court that Defendants' Motion(s) to Dismiss be denied.

                Respectfully submitted.

                PATTERSON & ASSOCIATES

By: _____
      Robert J. Patterson
      State Bar No. 15604500
      Federal ID No. 748
      101 N. Shoreline, Suite 210
      Corpus Christi, Texas 78401
      (361) 887-1881
      (361) 887-6761 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of April, 2001, a true a correct copy of the above and foregoing instrument was hand delivered to all counsel of record.

Mr. Tom Lockhart
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P.O. Drawer 3766
McAllen, Texas 78502-3766

Robert J. Patterson