

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF MARGARITA FLORES, | § | |
| DECEASED | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | B-00-104 |
| RALPH D. MOORE, JOSEPH | § | |
| VASQUEZ, JIM SCHOEPNER | § | |
| | § | |
| AND | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS | § | |

## MOTION TO WITHDRAW

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Robert J. Patterson, Raymond Alexander and the Law Firm of Patterson & Associates ask this Court to allow them to withdraw as attorneys in charge for Dan Morin, and in support of this motion would respectfully show the Court as follows:

1. Plaintiff Dan Morin sued Defendants Ralph D. Moore, Joseph Vasquez, Jim Scheopner, and City of Harlingen in a personal injury action for damages sustained by both the Estate of Margarita Flores and himself arising from a shooting which occurred on July 7, 1998.

2. There is good cause for this Court to grant the Motion to Withdraw because Plaintiff and said counsel conflict as to how to proceed with this case.

3. Plaintiff does not oppose this withdrawal and is in the process of selecting a substitute attorney. The withdrawal and substitution of attorneys is not intended to delay these proceedings.

4.      For these reasons, Robert J. Patterson, Ray Alexander and the law firm of Patterson & Associates ask this Court to grant their motion to withdraw as attorney in charge for Plaintiff, Dan Morin.

## CERTIFICATE OF CONFERENCE

Movant has consulted with both defense counsel regarding this matter via correspondence, and they have indicated opposition to this motion.

WHEREFORE PREMISES CONSIDERED, Movant requests that this matter be set for hearing with notice to all parties, and that upon completion of the hearing the Court enter an order granting Robert J. Patterson, Ray Alexander and the Law Firm of Patterson and Associates' Motion to Withdraw as attorney in charge for Plaintiff in this case.

Respectfully submitted,
PATTERSON & ASSOCIATES

By: _____
Robert J. Patterson
State Bar No. 15604500
Federal I.D. 748
101 N. Shoreline, Suite 210
Corpus Christi, Texas 78401
Telephone: 361/887-1881
Facsimile: 361/887-6761

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the above and foregoing document has been served on this ___ day of June, 2001 as indicated below to:

Dan Morin
P.O. Box 78
Lozano, Texas 78568

Mr. Tom Lockhart
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P.O. Drawer 3766
McAllen, Texas 78502-3766

                                       _____
                                       Robert J. Patterson

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

On this day, R. Gary Laws appeared before me, the undersigned notary public. After I administered an oath to him on his oath, he stated:

"My name is R. Gary Laws. I am an attorney with the Law Firm of Patterson & Associates. I am licensed to practice in this Court. I have read the attached Motion to Withdraw as attorney in charge and the statements contained therein are all true and correct."

_____
R. Gary Laws

SUBSCRIBED AND SWORN TO BEFORE ME on this the 14th day of June, 2001, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

**VERONICA B. ATKINSON**
Notary Public, State of Texas
My Commission Expires 02-07-2004