36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DONALD MORIN, DIANA MORIN, § | |
| JENNIFER MAY GWIN, DANNY § | |
| MORIN, AND RUBEN RIOS, SR, AS § | |
| NEXT FRIEND OF RUBEN § | |
| RIOS, JR., A MINOR, MARIA D, LOPEZ, § | |
| AS NEXT FRIEND OF BRIAN MORIN, § | |
| A MINOR § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-104 |
| § | AND B-00-105 |
| RALPH D. MOORE, § | |
| JOSEPH B. VASQUEZ, § | |
| JIM SCHEOPNER, AND § | |
| CITY OF HARLINGEN, TEXAS § | |

### NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT AND ORDER OF A DISTRICT COURT

Notice is hereby given that Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment and order dismissing Plaintiffs' complaint for failure to state a cause of action based on 42 U.S.C. 1983 and based on Qualified Immunity that was entered in this cause on the 16th day of May, 2001 by the United States District Court Judge.

Respectfully submitted,

LAW OFFICE OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228
Federal ID No. 15031

**Attorney for Plaintiffs**

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of Plaintiffs' Notice of Appeal To a Court of Appeals From a Judgment and Order of a District Court was delivered to counsel of record listed below on this __14__ day of __June__, 2001.

Mr. Roger W. Hughes
ADAMS & GRAHAM
222 E. Van Buren, West Tower
Harlingen, Texas 78551

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL
2424 North 10th Street, Suite 201
P.O. Drawer 3766
McAllen, Texas 78501

Mr. Robert J. Patterson
PATTERSON & ASSOCIATES
101 N. Shoreline, Ste. 210
Corpus Christi, Texas 78401

_____
Jerry J. Treviño