37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DAN MORIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARITA FLORES, DECEASED | § § § § § |
| V. | § § § |
| RALPH D. MOORE, JOSEPH VASQUEZ, JIM SCHOEPNER | § § § § |
| AND | § § |
| CITY OF HARLINGEN, TEXAS | § |

CIVIL ACTION NO.
B-00-104

## PRO SE NOTICE OF APPEAL

Notice is hereby given that Dan Morin, Plaintiff hereby appeals to the United States Court of Appeals for the 5th Circuit from an Order on Defendants' Motion to Dismiss entered in this action on the 16th day of May, 2001.

Respectfully submitted,

*(signature)*

Dan Morin, Pro Se
P.O. Box 787
Lozano, Texas 78568
Telephone: 956/748-4228

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of June, 2001, a true a correct copy of the above and foregoing instrument was forwarded to all counsel of record.

Mr. Tom Lockhart
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P.O. Drawer 3766
McAllen, Texas 78502-3766

_____
Dan Morin