# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAN MORIN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| RALPH D. MOORE, JOSEPH VASQUEZ, | § | |
| JIM SCHOEPNER AND | § | |
| CITY OF HARLINGEN, TEXAS | | |

## ORDER

Pending before the court is the Motion to Withdraw of Plaintiff's Attorneys (Docket No. 35). This Motion does not comply with the Local Rules for the Southern District of Texas. IT IS THEREFORE **DENIED**.

DONE at Brownsville, Texas, this 18th day of June, 2001.

John Wm. Black
United States Magistrate Judge