39

United States District Court
Southern District of Texas
FILED

JUN 2 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' RESPONSE TO MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants JIM SCHEOPNER, JOSEPH VASQUEZ, R.D. MOORE, and CITY OF HARLINGEN and file this their **Response to Motion to Withdraw** and would show the Court as follows:

Defendants do not oppose the Motion to Withdraw filed by the Honorable Robert J. Patterson, Raymond Alexander and the Law Firm of Patterson & Associates to withdraw as counsel.

WHEREFORE, PREMISES CONSIDERED, Defendants City of Harlingen, Jim Scheopner, Joseph Vasquez, and R.D. Moore state they have no opposition to the Motion to Withdraw and the Court may grant it at its earliest convenience.

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Federal ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,

CITY OF HARLINGEN, R.D. MOORE, JOSEPH VASQUEZ, and JIM SCHEOPNER

WALTER PASSMORE
Federal No. 2264
Texas State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, LLP
2424 North 10th St., Suite 201; 78501
P. O. Drawer 3766
McAllen, TX 78502-3766
956/687-6225; Fax: 956/686-1276

Attorney for Defendant, R.D. MOORE, In His Individual Capacity

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 19th day of June, 2001 to the following counsel of record and interested parties:

Attorney of record for Plaintiff, DAN MORIN:

    Mr. Robert J. Patterson          **CMRRR # 7000 1670 0013 4634 2440**
    PATTERSON & ASSOC.
    101 N. Shoreline, Ste. 210
    Corpus Christi, TX 78401

Attorney of record for Defendants Scheopner and Moore, Individually:

    Mr. Walter Passmore          **Via Regular Mail**
    PASSMORE, WALKER & TWENHAFEL, LLP
    P. O. Drawer 3766
    McAllen, TX 78502-3766

Attorney of record for Plaintiff Donald Morin:

    Mr. Jerry Trevino          **Via Regular Mail**
    LAW OFFICES OF JERRY J. TREVINO, P.C.
    1125 South Port Avenue
    Corpus Christi, TX 78405

_____
ROGER W. HUGHES