41

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District C...
Southern District of T...
ENTERED
JUN 2 6 2001
Michael N. Milby, Clerk
By Deputy Clerk

| | | |
|---|---|---|
| DAN MORIN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| RALPH D. MOORE, JOSEPH VASQUEZ, | § | |
| JIM SCHOEPNER AND | § | |
| CITY OF HARLINGEN, TEXAS | | |

## ORDER

Pending before the court is Amended Unopposed Motion to Withdraw (Docket No. 40).

This Motion will not be ruled on until other attorneys are substituted for plaintiff.

DONE at Brownsville, Texas, this 25th day of June, 2001.

John Wm. Black
United States Magistrate Judge