42

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN MORIN, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-104 |
| § | |
| RALPH D. MOORE, JOSEPH VASQUEZ, § | |
| JIM SCHOEPNER AND § | |
| CITY OF HARLINGEN, TEXAS § | |

TYPE OF CASE:      __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON AMENDED UNOPPOSED MOTION TO WITHDRAW (DOCKET NO.40)**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**       **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                        DATE AND TIME:

**AUGUST 10, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 1, 2001

TO:      MR. ROBERT PATTERSON
         MR. RAYMOND CURTIS ALEXANDER
         MR. JERRY J. TREVINO
         MR. WALTER J. PASSMORE
         MR. TOM LOCKHART
         MR. ROGER HUGHES