43

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

# HEARING ON AMENDED UNOPPOSED MOTION TO WITHDRAW

CIVIL ACTION NO. __B-00-104__          DATE & TIME: ___08-10-01 AT 1:30 P.M.___

__DAN MORIN, ET AL.__                   PLAINTIFF(S)    __ROBERT J. PATTERON__
                                        COUNSEL         __CURTIS ALEXANDER__
                                                        __JERRY TREVINO__

VS.

__RALPH D. MOORE, ET AL.__              DEFENDANT(S)    __WALTER J. PASSOMORE__
                                        COUNSEL         __TOM LOCKHART__
                                                        __ROGER HUGHES__

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

    Attorneys Robert Patterson, Walter Passmore and Tom Lockhart appeared.

    Attorney Jerry Trevino will not represent Mr. Morin. Mr. Patterson has withdrawn his Motion. Motion is denied.

ClibPDF - www.fastio.com