44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAN MORIN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| RALPH D. MOORE, JOSEPH VASQUEZ, | § | |
| JIM SCHOEPNER AND | § | |
| CITY OF HARLINGEN, TEXAS | | |

## ORDER

Pending before the court is an Amended Unopposed Motion to Withdraw (Docket No. 40) as attorney in charge for Plaintiff, Dan Morin, filed by Robert J. Patterson, Raymond Alexander and the law firm of Petterson & Associates. After consideration the Motion should and is hereby **DENIED**.

DONE at Brownsville, Texas, this 10th day of August, 2001.

_____
John Wm. Black
United States Magistrate Judge