| AO435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: 48 |
|---|---|---|
| | TRANSCRIPT ORDER | |
| Read Instructions on Back. | | |

| 1. NAME Tom Lockhart | 2. PHONE NUMBER 956-428-7495 | 3. DATE 2-14-03 | |
|---|---|---|---|
| 4. MAILING ADDRESS P. O. Drawer 1429 | 5. CITY Harlingen | 6. STATE TX | 7. ZIP CODE 78551-1429 |
| 8. CASE NUMBER B-00-104 | 9. JUDICIAL OFFICIAL ERO: Gabe Mendieta | DATES OF PROCEEDINGS | |
| | | 10. FROM 9-18-00 | 11. TO 9-18-00 |
| 12. CASE NAME Morin, et al. v. Moore, et al. | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | United States District Court Southern District of Texas FILED |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDINGS (Spcy) Initial PT Conf. | |
| ☐ CLOSING ARGUMENT (Defendant) | | | FEB 14 2003 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | Michael N. Milby Clerk of Court |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signed]

19. DATE 2-14-03

| ORDER RECEIVED | | | #74528 |
| DEPOSIT PAID | | DEPOSIT PAID | $125.00 |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| | | TOTAL REFUNDED | |
| | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY