```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED

                                                 FEB 2 4 2003

         IN THE UNITED STATES DISTRICT COURT    Michael N. Milby
                                                 Clerk of Court
        FOR THE SOUTHERN DISTRICT OF TEXAS

                   BROWNSVILLE DIVISION


DAN MORIN                  §   CASE NO. CA-B-00-104
                           §             CA-B-00-105
                           §
VERSUS                     §   BROWNSVILLE, TEXAS
                           §   SEPTEMBER 18, 2000
RALPH D. MOORE, ET AL      §   1:42 P.M. TO 2:10 P.M.


                  PRETRIAL CONFERENCE


BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


For the Plaintiffs:        SEE NEXT PAGE


For the Defendants:        SEE NEXT PAGE


Court Recorder:            Gabriel Mendieta
```

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.