IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |
| and | | |
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANT CITY OF HARLINGEN'S MOTION FOR PROTECTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN, TEXAS ("HARLINGEN")**, pursuant to Fed. R. Civ. P. 26c and moves for protective relief from discovery and in support thereof would show the Court as follows:

I.

Plaintiff, Dan Morin, served Interrogatories and Request for Production on HARLINGEN on February 13, 2003. These Interrogatories and Request for Production are over burdensome, harassing, irrelevant and seek privileged materials. There will be no need for HARLINGEN to engage in discovery if its pending Motion for Summary Judgment is granted. The summary judgment is based upon lack of ownership of the

subject AK 47 (MAK 90) by the City of Harlingen. Plaintiff, Dan Morin, in his Second Amended Complaint filed on September 13, 2000, and Plaintiff, Donald Morin, et al., in their First Amended Complaint filed on September 15, 2002, alleged that the City owned the subject AK 47 that was used in the Rio Hondo shootings. Pursuant to Fed. R. Civ. P. 11(b)(3), this allegation of ownership should have had evidentiary support. In fact, at the Pretrial Conference on September 18, 2000, when the Court granted leave to file these Amended Complaints, the following representations were made:

1. Donald Morin, et. al.'s counsel stated:

 "But there was an individual found who has given a statement that indicates, specifically, that that AK-47 used in the Rio Hondo shooting, the Morin shooting, was, in fact, given to the Harlingen Police Department." (Transcript p. 4); and

2. Dan Morin's counsel stated to the court:

 "But our evidence, in the form of a sworn statement from a former Harlingen police officer, indicates that the AK-47 was brought to the department by a citizen seeking to have it destroyed. It became Harlingen Police Department property, would have been - - found its way to Captain Vasquez, entrusted to him, transferred to him by way of an official or unofficial practice or policy of the City of Harlingen Police Department.

 And I understand that's going to be a fact issue taken up on a summary judgment motion." (Transcript p. 18)

Therefore, if Plaintiffs complied with Rule 11, they should be able to present evidence to create a fact issue on ownership without the necessity for discovery. If they do not have such evidence, they have violated Rule 11.

Furthermore, there has been no Rule 26(f) Conference and therefore these Interrogatories and Request for Production are in violation of Rule 26(d).

II.

## CERTIFICATE OF CONFERENCE

Defendant, R.D. Moore, joins in this Motion.

Defense counsel has conferred with Plaintiffs' counsel, David Sergi, on February 25, 2003 and he is opposed to this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendant CITY OF HARLINGEN prays that the Court grant this Motion for Protective Relief and order that Defendant CITY OF HARLINGEN does not have to respond to Plaintiffs' Interrogatories and Request for Production.

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
State Bar No. 12473500
ROGER W. HUGHES
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 27 day of February, 2003, to the following counsel of record and interested parties:

---

Attorney of record for Plaintiff, DAN MORIN, et al:

    Mr. David Sergi                       *Via CMRRR# 7002 0510 0004 1769 6208*
    **SERGI & ASSOCIATES**
    109 E. Hopkins
    Suite 200
    San Marcos, TX 78666

Attorney of record for Plaintiff, DONALD MORIN, et al:

    Mr. Jerry J. Trevino                *Via CMRRR# 7002 0510 0004 1769 6215*
    **ATTORNEY AT LAW**
    1125 South Port Avenue
    Corpus Christi, TX 78405

Attorney of record for Defendant, R.D. MOORE. individually:

    Mr. Walter Passmore                              *Via Regular Mail*
    **LAW OFFICE OF WALTER J. PASSMORE, P.C.**
    P. O. Drawer 3187
    McAllen, TX 78502-3187

_____
TOM LOCKHART