United States District
Southern District of
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANT CITY OF HARLINGEN'S SUPPLEMENTAL MOTION FOR PROTECTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN, TEXAS ("HARLINGEN")**, pursuant to Fed. R. Civ. P. 26c and moves for protective relief from discovery and in support thereof would show the Court as follows:

I.

Plaintiff, Dan Morin, served Interrogatories and Request for Production on HARLINGEN on February 13, 2003. These Interrogatories and Request for Production are over burdensome, harassing, irrelevant and seek privileged materials. The City has moved for protection to quash the discovery as unnecessary and a violation of Rule 26(d). Dkt # 51. The City supplements to ask for alternative relief; alternatively, if

the court concludes some discovery should ever be appropriate, the court should extend the deadline to serve responses and objections until 30 days after the parties conduct a Rule 26(f) conference.

There has been no Rule 26(f) Conference. The court did not enter a scheduling order after the September 2000 hearings on the motions to dismiss. Dkt # 21, 50. Instead, the court ordered discovery stayed until the motions were resolved. Dkt # 25, 26. These Interrogatories and Request for Production are in violation of Rule 26(d). Rules 33(a) and 34(b) forbid serving discovery until after the Rule 26(d) time, i.e., the Rule 26(f) conference.

II.

## CERTIFICATE OF CONFERENCE

Defendant, R.D. Moore, joins in this Motion.

Defense counsel has conferred with Plaintiffs' counsel, David Sergi, on March 13, 2003 and Mr. Sergi is opposed to quashing the discovery but does not oppose the alternate request for relief of extending the deadline to serve Responses and Objections until thirty (30) days after the parties conduct a Rule 26f Conference.

**WHEREFORE, PREMISES CONSIDERED**, Defendant CITY OF HARLINGEN prays that the Court grant this Motion for Protective Relief and order that Defendant CITY OF HARLINGEN does not have to respond to Plaintiffs' Interrogatories and Request for Production, quash the discovery or extend the deadline to serve responses and objections until 30 days after the Rule 26(f) conference is held.

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
State Bar No. 12473500
ROGER W. HUGHES
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas  78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 14th day of March, 2003, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, DAN MORIN, et al:

Mr. David Sergi                              *Via CMRRR# 7002 0510 0004 1769 6376*
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666

Attorney of record for Plaintiff, DONALD MORIN, et al:

Mr. Jerry J. Trevino                         *Via CMRRR# 7002 0510 0004 1769 6369*
**ATTORNEY AT LAW**
1125 South Port Avenue
Corpus Christi, TX 78405

Attorney of record for Defendant, R.D. MOORE. individually:

Mr. Walter Passmore **Via Regular Mail**
**LAW OFFICE OF WALTER J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, TX 78502-3187

_____
TOM LOCKHART