IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN | § § | |
| v. | § § | CIVIL ACTION NO. B-00-104 |
| CITY OF HARLINGEN, ET AL. | § § § | |
| and | § § | |
| DONALD MORIN, ET AL. | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-104 |
| CITY OF HARLINGEN, ET AL. | § § | |

### PLAINTIFF'S MOTION FOR RULE 16(b) PRETRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Dan Morin and Donald Morin, et al., Plaintiffs in the above-styled cause, moves this Court for a Rule 16(b), Fed. R. Civ. P., Pretrial Conference, and for cause would show as follows:

I.
RULE 16(b) PRETRIAL CONFERENCE IS RIPE

In accordance with Rule 16(b), Fed. R. Civ. P., a Pretirla Conference to enter a Scheduling Order is to be set:

      A.    after the Court receives a Rule 26(f) Report; or

      B.    after consulting with the parties.

For reasons shown in Article II below, Defendant City of Harlingen has made it impossible to have a Rule 26(f) Meeting of the Parties, thereby effectively prohibiting a "Rule 26(f) Report.

Moreover, the Scheduling Order which results from this Rule 16(b) Pretrial Conference is supposed to be issued "within 90 days after the appearance of a defendant and within 120 days after the complaint has been served on a defendant." Rule 16(b), Fed. R. Civ. P.

In the instant case, entry of a Scheduling Order is now ripe and necessary to the orderly administration of this case.

## II.
## CITY OF HARLINGEN REFUSES TO COMPLY
## WITH RULE 26(f) MEETING REQUIREMENTS

Plaintiffs have filed a Motion for Continuance under Rule 56(f), Fed. R. Civ. P., in order to obtain discovery to respond to Defendants' Motion for Summary Judgment. In order to show due diligence for the Rule 56(f) Motion, Plaintiffs have sent discovery to Defendants which will form the basis for responding to the summary judgment and form the basis for an amendment to Plaintiffs' pleadings to allege more particularly their claims against Defendants under the Texas Tort Claims Act waiver of immunities.

Under Rule 26(f), Fed. R. Civ. P., "The *attorneys* of record and all unrepresented parties that have appeared in the case *are jointly responsible* for arranging and being present or represented at the meeting, for attempting in *good faith* to *agree on the proposed discovery plan*, and for submitting to the court within *10 days* after the meeting a *written report* outlining the plan." (Emphasis added). Rule 26(f), Fed. R. Civ. P.

Defendant City of Harlingen has taken every step to avoid responding in discovery, even to the point of refusing to agree to a Rule 26(f) Scheduling Conference of the Parties for setting discovery. As shown in the Exhibit "A" letter of March 17, 2003, all of the parties to this litigation, except Defendant City of Harlingen, are "amenable to the conference" proposed by Plaintiffs'

attorneys. However, the City of Harlingen's attorney, ignoring his *joint* responsibility to meet and confer under Rule 26(f), has replied instead that the "City of Harlingen will not," see Exhibit "A", letter of March 17, 2003 from Tom Lockhart. The actions of the City of Harlingen have resulted in the total stalemate of this case proceeding to any resolution. By refusing to agree to a Rule 26(f) Conference and by refusing to a continuance of the summary judgment motion response time for Plaintiffs, the City of Harlingen as, in effect, forced the remaining parties in this litigation, including Defendant Moore, to be unable to agree *as required* by Rule 26(f) of the Federal Rules of Civil Procedure. Plaintiffs are not seeking sanctions at this time against the City of Harlingen but are requesting that this Court intervene and *order* the City of Harlingen to comply with the requirements of Rule 26(f) Fed. R. Civ. P.

### III.
### MATTERS TO ADDRESS IN RULE 16(b) PRETRIAL

A.   A Rule 56(f) Continuance be granted to Plaintiffs so that sixty (60) days following response to their discovery from Defendants, Plaintiffs would be permitted to respond to Defendants' Motion for Summary Judgment.

B.   The Defendant City of Harlingen be ordered to agree with (a) Defendant Moore and (b) Plaintiffs on a mutually agreeable time for the Rule 26(f) Conference which shall be no later than fifteen (15) days following the entry of the order granting this motion to set the pretrial conference requested herein.

C.   At the Rule 16(b) pretrial, this Court enter its Scheduling Order with all discovery, dispositive motion and pretrial deadlines and establishing a final trial date for this cause.

D.  Defendants be required to make the Rule 26(f) Disclosures at least ten days before the date set for the Rule 16(b) pretrial.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request all of the relief set forth above and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
Attorney for Plaintiffs
State Bar No. 18036000

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi TX 78405
ATTORNEY FOR DONALD MORIN, ET AL.
ALSO JOIN IN THIS MOTION

### CERTIFICATE OF CONFERENCE

On March 21, 2003, the undersigned attorney left voice-mail messages for both Walter Passmore and Tom Lockhart to discuss this Motion for Pretrial Conference. Neither have responded to my message and I am, therefore, assuming that they are both opposed.

_____
DAVID K. SERGI

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following in accordance with the Texas Rules of Civil Procedure on March 21, 2003.

Mr. Tom Lockhart
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551
*Attorneys for Appellees City of Harlingen,*
*Jim Scheopner, Joseph Vasquez and Ralph D. Moore*

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, TX 78502-3766
*Attorney for Appellees Ralph D. Moore and*
*Jim Scheopner, individually*

_____
DAVID K. SERGI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

**ORDER SCHEDULING PRETRIAL CONFERENCE**

ON THIS DAY, came on to be heard, Plaintiffs' Motion for a Rule 16(b) Pretrial Conference, and the Court is of the opinion it should be granted.

IT IS THEREFORE ORDERED that a Rule 16(b) Pretrial Conference shall be held at ___ o'clock, __.m., on the _____ day of _____, 2003 to resolve all pending matters; and

IT IS FURTHER ORDERED that Defendant City of Harlingen will have the responsibility to schedule a Rule 26(f) Meeting of the Parties within fifteen days of the date of this Order Scheduling Pretrial Conference.

DATED this ____ day of March, 2003.

_____
HON. FILEMON VELA
U.S. DISTRICT JUDGE

LAW OFFICES OF
## ADAMS & GRAHAM, L.L.P.
AFFILIATED WITH HILL GILSTRAP RIGGS
ADAMS & GRAHAM, L.L.P.

TOM LOCKHART
Partner,
Tlockhart@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL. (956) 428-7495    FAX (956) 428-2954
adamsgraham.com

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

March 17, 2003

Mr. David Sergi
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666

*Via Fax No. 512-392-5042*

Re:  Civil Action No. B-00-104
     Dan Morin, et al. v. City of Harlingen, et al.
     and
     Donald Morin, et al. v. City of Harlingen, et al.
     Our File: H-1023

Dear David:

I am responding to your letter of March 14, 2003 concerning a proposed Rule 26f Conference. I have spoken to Walter Passmore and he is available and amenable to the conference as proposed by you, but only if all parties will participate. City of Harlingen will not, for the reasons set forth in its Motion for Protective Relief and Response to Plaintiffs' Motion for Continuance. Additionally, because the Court has not set a Scheduling Conference under Rule 16, there is no need for a Rule 26f Conference.

Concerning the first sentence of the second paragraph of your letter, I assume you are referring to our March 13, 2003 telephone conference, concerning our Supplemental Motion for Protective Relief, when you said you did not oppose our alternate request for relief of extending the deadline to serve Responses and Objections until thirty (30) days after the parties conduct a Rule 26f Conference. If I am incorrect in this assumption, please advise.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

Tom Lockhart

TL/mm

cc:
Mr. Walter Passmore
**LAW OFFICE OF WALTER J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, TX 78502-3187

*Via Fax No. 956-668-1714*

EXHIBIT A

ADAMS & GRAHAM, L.L.P.
[8] C:\FILES\H1023\DAN MORIN\SERGI001