IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § § § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| CITY OF HARLINGEN, ET AL. | § § § | |
| and | § § | |
| DONALD MORIN, ET AL. | § § | |
| v. | § § | CIVIL ACTION NO. B-00-104 |
| CITY OF HARLINGEN, ET AL. | § | |

## ORDER SCHEDULING PRETRIAL CONFERENCE

ON THIS DAY, came on to be heard, Plaintiffs' Motion for a Rule 16(b) Pretrial Conference, and the Court is of the opinion it should be granted.

IT IS THEREFORE ORDERED that a Rule 16(b) Pretrial Conference shall be held at 8:30 o'clock, a.m., on the 24th day of April, 2003 to resolve all pending matters; and

IT IS FURTHER ORDERED that Defendant City of Harlingen will have the responsibility to schedule a Rule 26(f) Meeting of the Parties within fifteen days of the date of this Order Scheduling Pretrial Conference.

DATED this 27th day of March, 2003.

HON. FILEMON VELA
U.S. DISTRICT JUDGE