AO 456 (Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR - 2 2003

Michael N. Milby, Clerk of Court

MORIN

VS.

CITY OF HARLINGEN, ET AL.,

NOTICE

CIVIL ACTION NO. B-00-104

Type of Case:

☒ CIVIL   ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br>U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time: |

| TYPE OF PROCEEDING: | PRETRIAL CONFERENCE. |

**TAKE NOTICE** that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED<br>April 24, 2003 @ 8:30 am | RESCHEDULED TO, DATE AND TIME<br>April 24, 2003 @ 11:00 am |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*/s/ signature*

(BY) DEPUTY CLERK

DATE: APRIL 2, 2003

To: ALL COUNSEL