

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## Under 26(f) Federal Rules of Civil Procedure

Pursuant to Court Order, the parties conducted a telephonic Rule 26(f) meeting on April 2, 2003 through their respective attorneys of record: David Sergi (appearing for all Plaintiffs), Tom Lockhart and Roger Hughes (Defendants City of Harlingen[1] and R.D. Moore) and Walter Passmore (Defendant R.D. Moore).

Pending Motions include:

- Defendant City of Harlingen's Rule 56 Motion for Summary Judgment;

- Plaintiffs' Motion for Continuance to Respond to Rule 56 Motion for Summary Judgment;

---

[1] The City of Harlingen is not waiving its opposition to Plaintiffs' Motion for Continuance to Respond to Rule 56 Motion for Summary Judgment and its Motion and Supplemental Motion for Protective Relief.

- Defendant City of Harlingen's Motion and Supplemental Motion for Protective Relief;

- Defendant Ralph D. Moore's Motion to Quash Discovery or for Protection.

The parties have not reached an agreement as to mediation.

The parties will make their Initial Disclosures on or before April 16, 2003.

The parties propose the following scheduling plan:

- November 30, 2003 - completion of discovery;

- December 31, 2003 - deadline for Plaintiffs' amended pleadings;

- January 30, 2004 - deadline for Defendants amended pleadings;

- January 30, 2004 - deadline for filing of dispositive motions.

**JOINT DISCOVERY/CASE MANAGEMENT PLAN**
**Under 26(f) Federal Rules of Civil Procedure**

Respectfully submitted,

**SERGI & ASSOCIATES, P.L.L.C.**
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5016/Fax: (512) 392-5042

By: _____
David K. Sergi
Attorney for Plaintiffs
State Bar No. 18036000

Mr. Jerry J. Treviño
**LAW OFFICES OF JERRY J. TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405
ATTORNEY FOR DONALD MORIN, ET AL.

**JOINT DISCOVERY/CASE MANAGEMENT PLAN Under 26(f) Federal Rules of Civil Procedure**

By: _____
Tom Lockhart
Federal ID No. 2257
State Bar No. 12473500

Roger W. Hughes
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## Under 26(f) Federal Rules of Civil Procedure

By: *(signature)* Walter J. Passmore

**Walter J. Passmore**
Federal ID No. 2264
State Bar No. 15560400

**LAW OFFICE OF WALTER J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, Texas 78502-3187
956/668-8750; FAX: 956/668-1714
Attorney for Defendant, R.D. MOORE,
Individually