IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 16 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

**TO:  Plaintiffs DAN MORIN and DONALD MORIN, ET AL, by service upon their attorneys of record:**

Mr. David K. Sergi
**SERGI & ASSOCIATES, P.L.L.C.**
109 East Hopkins, Suite 200
San Marcos, Texas 78666

Mr. Jerry J. Treviño
**LAW OFFICES OF JERRY J. TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405

Defendant City of Harlingen (without waiving its opposition to Plaintiffs'

Motion for Continuance to respond to Rule 56 Motion for Summary Judgment and

its Motion and Supplemental Motion for Protective Relief) and Defendant R.D. Moore make the following Initial Disclosures:

**(A)  Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

    1)    R.D. Moore
c/o of his attorneys,

| **Walter J. Passmore** | **Tom Lockhart** |
|---|---|
| **LAW OFFICE OF WALTER J. PASSMORE, P.C.** | **ADAMS & GRAHAM, L.L.P.** |
| P. O. Drawer 3187 | P. O. Drawer 1429 |
| McAllen, Texas 78502-3187 | Harlingen, Texas 78551-1429 |
| Telephone: 956/668-8750 | Telephone: 956/428-7495 |
| Telecopier: 956/668-1714 | Telecopier: 956/428-2954 |

    2)    **Capt. Joseph Bennett Vasquez**
Harlingen Police Department
1102 S. Commerce St.
Harlingen, Texas 78550
Telephone: 956/427-8750

    3)    Danny Carpenter
2009 N. Parkwood
Harlingen, Texas 78550
Telephone: 956/423-6803

**(B)  A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

    1)    Firearms trace report, trace number: T19980170411;

    2)    Statement of Danny Carpenter made on December 2, 1998;

    3)    October 2, 1993 purchase invoice for MAC 90.

Copies of all documents enclosed.

**(C)** **Computation of any category of damages claimed by the disclosing party.**

No computation of any category of damages claimed by the Defendants.

**(D)** **Insurance agreement.**

Copy of R.D. Moore's applicable homeowner's policy enclosed.

Defendant City of Harlingen is not providing information on liability insurance by authority of Civ. Prac. Rem. Code § 101.104.

Respectfully submitted,

By: _____
**TOM LOCKHART**
Federal ID No. 2257
State Bar No. 12473500

**ROGER W. HUGHES**
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

By: _____
**WALTER J. PASSMORE**
Federal ID No.2264
State Bar No. 15560400
**LAW OFFICE OF WALTER J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, Texas 78502-3187
956/668-8750; FAX: 956/668-1714
Attorney for Defendant, R.D. MOORE, Individually

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 16th day of April, 2003, to the following counsel of record and interested parties:

---

Attorney of record for Plaintiff, DAN MORIN, et al:

    Mr. David Sergi
    **SERGI & ASSOCIATES**
    109 E. Hopkins
    Suite 200
    San Marcos, TX 78666
    ***Via CMRRR# 7002 2410 0001 9643 0807***

Attorney of record for Plaintiff, DONALD MORIN, et al:

    Mr. Jerry J. Trevino
    **ATTORNEY AT LAW**
    1125 South Port Avenue
    Corpus Christi, TX 78405
    ***Via CMRRR# 7002 2410 0001 9643 0814***

_____
TOM LOCKHART