64

United States District Court
Southern District of Texas
FILED

APR 21 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, David K. Sergi and Larry Warner, and hereby file this Motion to Substitute as counsel of record, David K. Sergi, lead counsel, and Larry Warner, as attorneys for Dan Morin, Individually and as Representative of the Estate of Margarita Flores, Deceased.

As evidenced by the attached signatures, Mr. Morin approves this substitution of counsel and prior counsel, Robert Patterson, consents to this substitution.

WHEREFORE PREMISES CONSIDERED, Mr. Morin moves this Honorable Court to permit substitution of counsel by David K. Sergi, lead attorney, and Larry Warner.

                Respectfully submitted,

                SERGI & ASSOCIATES, P.L.L.C.
                109 East Hopkins, Suite 200
                San Marcos, Texas 78666
                Telephone: (512) 392-5010/Fax: (512) 392-5042

ORIGINAL



BY: _____
David K. Sergi
Attorney for Dan Morin, Individually and as
Representative of the Estate of
Margarita Flores, Deceased
State Bar No. 18036000

Mr. Larry Warner
Attorney at Law
777 E. Harrison, Suite 2
Brownsville TX 78520
Telephone: (956) 542-4784/Fax: (956) 544-5234

APPROVED BY:

_See attached_
DAN MORIN, Individually and as
Representative of the Estate of
Margarita Flores, Deceased

_See attached_
ROBERT J. PATTERSON
Attorney at Law
PATTERSON & ASSOCIATES
101 N. Shoreline, #210
Corpus Christi TX 78401
Telephone: (361) 887-1881/Fax: (361) 887-6761

BY: _____
David K. Sergi
Attorney for Dan Morin, Individually and as
Representative of the Estate of
Margarita Flores, Deceased
State Bar No. 18036000

Mr. Larry Warner
Attorney at Law
777 E. Harrison, Suite 2
Brownsville TX 78520
Telephone: (956) 542-4784/Fax: (956) 544-5234

APPROVED BY:


_____
DAN MORIN, Individually and as
Representative of the Estate of
Margarita Flores, Deceased


ROBERT J. PATTERSON
Attorney at Law
PATTERSON & ASSOCIATES
101 N. Shoreline, #210
Corpus Christi TX 78401
Telephone: (361) 887-1881/Fax: (361) 887-6761

O:\CLIENTS\CURRENT\Morin, Dan\0133\crossmtn substitute 04.01.03.wpd

# SERGI & ASSOCIATES, P.L.L.C.

Sergi
Licensed in Texas and California
C. PRENTICE, Of Counsel
Licensed in Texas Only
MOSLEY, Of Counsel
Licensed in Texas Only

109 EAST HOPKINS, SUITE 200
SAN MARCOS, TEXAS 78666
PHONE: 512/392-5010    FAX: 512/392-5042

VICTORIA D. BROWN
Licensed in Texas and Utah
ROBERT E. UPDEGROVE
Licensed in Texas Only

April 1, 2003

Mr. Juan Barbosa
Deputy-in-Charge
Southern District of Texas, Brownsville Division
1158 Federal Bldg.
600 E. Harrison St., #204
Brownsville TX 78520-7114

  Re: *Dan Morin, et al. vs. City of Harlingen, et al.*
    Cause No. B-00-104

Dear Mr. Barbosa:

It is my desire to have David K. Sergi and Larry Warner substitute as counsel of record in the above-referenced case. By my enclosed signature, I indicate my approval of the Motion for Substitution of Counsel.

                Yours truly,

                Dan Morin

Encl.

O:\CLIENTS\CURRENT\Morin, Dan\01335crim clerk cvr ltr from client 04.01.03 wpd

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following in accordance with the Texas Rules of Civil Procedure on April 11, 2003.

**VIA FACSIMILE 1-361-887-6761**
Robert J. Patterson
PATTERSON & ASSOCIATES
101 N. Shoreline, #210
Corpus Christi, TX 78401

Tom Lockhart
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551

Walter Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, TX 78502-3766

DAVID K. SERGI