# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

APR 24 2003

Michael N. Milby
Clerk of Court

JUDGE    FILEMON B. VELA

CASE MANAGER    Maria F. Garza

COURT REPORTER: Bill Holloway    LAW CLERK    David Willis

INTERPRETER:    None

DATE:    4/24/03          TIME:    11:00 am    /    11:15 am
                                    Begin              End

****************************************************************************

CIVIL ACTION NO.    B-00-104

| | |
|---|---|
| MORIN | DAVID K. SERGI |
| | LARRY WARNER |
| VS | |
| MOORE | TOM LOCKHART |
| | WALTER PASSMORE |

All parties announced ready for pretrial conference. David Sergi, Larry Warner and Jerry Trevino for Plaintiffs; Tom Lockhart, Roger Hughes and Walter Passmore for Defendant Moore. All discovery by June 1, 2003; final pretrial is set for June 5, 2003 at 8:30 am; jury selection on June 6, 2003 at 8:30 a.m.; trial on June 18, 2003. Plaintiff to submit an order which should include discovery schedules.

Motions ruled on:

Motion for summary judgment carried along.
Motion for continuance - discovery will be made available as of now.
Motion for protective relief denied. City is entitled to address matters regarding privileged communications to the Court.
Regarding Plaintiff's additional claims, all are denied.