United States District Court
Southern District of Texas
ENTERED

APR 28 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## ORDER

CAME TO BE HEARD, this 24th day of April, 2003, Plaintiff's Motion to Substitute Counsel. Having duly considered this motion, the court hereby grants the motion.

The court finds that Dan Morin approves the substitution and that the substitution is not sought for delay only.

IT IS THEREFORE ORDERED that Robert Patterson is discharged as attorney of record and David K. Sergi, as lead counsel, and Larry Warner are substituted as attorneys of record for Dan Morin, Individually and as Representative of the Estate of Margarita Flores, Deceased.

SIGNED on April 24, 2003.

_____
JUDGE PRESIDING

O:\CLIENTS\CURRENT\Morin, Dan\0133\crim\mtn substitute 04-01-03.wpd