IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

DAN MORIN, ET AL. §
§
vs. § CIVIL ACTION NO. B-00-104
§
CITY HARLINGEN, TEXAS, ET AL. §

## SCHEDULING ORDER

On April 24, 2003 the Court held a pretrial conference.

All counsel for all parties were present.
The Court renders the following order:

All discovery will be completed by June 1, 2003. Discovery will begin April 24, 2003.

A Final Pretrial conference will take place at 8:30 am on June 5, 2003 at the United States Courthouse in Brownsville, Texas.

Jury selection will take place on June 6, 2003 at 8:30 am at the United States Courthouse in Brownsville, Texas ~~or Laredo, Texas, as directed by the court~~ FBV. Trial on the merits will begin on June 18, 2003 at 8:30a.m. at the United States Courthouse in Brownsville, Texas ~~or Laredo, Texas as~~ directed by the Court.

Defendant City of Harlingen's Rule 56 Motion for Summary Judgment is taken under advisement and carried along with the case.

Defendant City of Harlingen's Motion for Protective Relief (and as supplemented by Supplemental Motion for Protective Relief) is denied as to objections that discovery is overbroad, harassing, or irrelevant; with respect to objections based on privilege, those objections are granted to the extent that they may be addressed to the court at a later time.

Defendant Moore's Motion to Quash Discovery is deemed moot.

Plaintiffs' Motion for Continuance to Respond to Defendant City of Harlingen's Rule 56 Motion for Summary Judgment is granted in that discovery shall start immediately and is limited to evidence on the remaining issues noted in the opinion of the United States Court of Appeals remanding the matter to the United States District Court.

The matter will proceed to trial on the issues noted in the opinion of the United States Court of Appeals remanding the matter to the United States District Court; Plaintiff may preserve for appellate purposes any other cause of action it asserts by motion.

Signed this the 1st day of MAY, 2003, at Brownsville, Texas

_____
Judge Presiding

APPROVED AS TO FORM:

_____
DAVID SERGI
SERGI & ASSOCIATES
109 EAST HOPKINS, STE.200
SAN MARCOS, TX 78666

LARRY WARNER
ATTORNEYS FOR DAN MORIN
LAW OFFICES OF LAW WARNER
777 E. HARRISON ST.-2ND FLOOR
BROWNSVILLE, TEXAS 78520

ATTORNEYS FOR DAN MORIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARITA MORIN, DECEASED

_/s/ Jerry J. Trevino_
JERRY J. TREVINO
ATTORNEY FOR DONALD MORIN, DIANA MORIN, DANNY MORIN, JENNIFER MORIN, MAY GWIN, RUBEN RIOS, SR., AS NEXT FRIEND OF RUBEN RIOS, A MINOR; MARIA D. LOPEZ AS NEXT FRIEND OF BRIAN MORIN, A MINOR
LAW OFFICES OF JERRY J. TREVINO, P.C.
1125 S. PORT
CORPUS CHRISTI, TX. 78405

_/s/ Roger Hughes_
TOM LOCKHART
ROGER HUGHES
ATTORNEYS FOR CITY OF HARLINGEN
and RALPH D. MOORE
ADAMS & GRAHAM, L.L.P.
222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TX 78551

_/s/ Roger Hughes_
WALTER PASSMORE
ATTORNEY FOR RALPH D. MOORE
THE LAW OF WALTER J. PASSMORE, P.C.
P.O. DRAWER 3766
MCALLEN, TX 78502-3766