United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' SUPPLEMENTATION TO RULE 26(a)(1) INITIAL DISCLOSURES

TO: **Plaintiffs DAN MORIN and DONALD MORIN, ET AL, by service upon their attorneys of record:**

Mr. David K. Sergi
**SERGI & ASSOCIATES, P.L.L.C.**
109 East Hopkins, Suite 200
San Marcos, Texas 78666

Mr. Jerry J. Treviño
**LAW OFFICES OF JERRY J. TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405

Defendants supplement their Initial Disclosures as follows:

**(A)  Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

4)  Jerry M. Johnson
    Houston, Texas

Respectfully submitted,

By: _____
   TOM LOCKHART
   Federal ID No. 2257
   State Bar No. 12473500

   **ROGER W. HUGHES**
   Federal ID No. 5950
   State Bar No. 10229500
   **ADAMS & GRAHAM, L.L.P.**
   P. O. Drawer 1429
   Harlingen, Texas 78551-1429
   956/428-7495; FAX: 956/428-2954
   Attorney-in-Charge for Defendants,
   CITY OF HARLINGEN AND R.D. MOORE

By: _____
   WALTER J. PASSMORE
   Federal ID No.2264
   State Bar No. 15560400
   **LAW OFFICE OF WALTER
   J. PASSMORE, P.C.**
   P. O. Drawer 3187
   McAllen, Texas 78502-3187
   956/668-8750; FAX: 956/668-1714
   Attorney for Defendant, R.D. MOORE,
   Individually

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 2nd day of May, 2003, to the following counsel of record and interested parties:

**Attorney of record for Plaintiff, DAN MORIN, et al:**

Mr. David Sergi
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666
*Via CMRRR# 7002 2410 0002 3598 1147*

**Attorney of record for Plaintiff, DONALD MORIN, et al:**

Mr. Jerry J. Trevino
**ATTORNEY AT LAW**
1125 South Port Avenue
Corpus Christi, TX 78405
*Via CMRRR# 7002 2410 0002 3598 1154*

_____
TOM LOCKHART