IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' SECOND SUPPLEMENTATION TO RULE 26(a)(1) INITIAL DISCLOSURES

**TO: Plaintiffs DAN MORIN and DONALD MORIN, ET AL, by service upon their attorneys of record:**

Mr. David K. Sergi
**SERGI & ASSOCIATES, P.L.L.C.**
109 East Hopkins, Suite 200
San Marcos, Texas 78666

Mr. Jerry J. Treviño
**LAW OFFICES OF JERRY J. TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405

Defendants, **CITY OF HARLINGEN and R.D. MOORE,** make the following Second Supplemental Initial Disclosures as follows:

**(A) Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| R.D. Moore<br>c/o of his attorneys,<br>Walter J. Passmore<br>LAW OFFICE OF WALTER J. PASSMORE, P.C.<br>Tom Lockhart<br>ADAMS & GRAHAM, L.L.P. | Rifle and Ernest Moore. |
| Capt. Joseph Bennett Vasquez<br>1306 High St.<br>Harlingen, Texas 78550<br>Telephone No. 956/423-6173 | Rifle |
| Danny Carpenter<br>2009 N. Parkwood<br>Harlingen, Texas 78550<br>Telephone: 956/423-6803 | Rifle |
| Jerry M. Johnson<br>703 Marinon<br>Houston, Texas 77090<br>Telephone: 281/893-0435 | Rifle |
| Javier Reyna<br>1109 Business 77 Sunshine Strip<br>Harlingen, Texas 78550<br>Telephone: 956/423-6890 | Rifle and shooting incident. |
| Tony Medina<br>7500 Kirby Dr.<br>Apt. 1030<br>Houston, Texas 77030<br>Telephone: 281/705-5778 | Ernest Moore. |
| Larry Moore<br>City of Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas 78550<br>Telephone: 956/427-8750 | Ernest Moore. |

| **INDIVIDUAL(S)** | **SUBJECT OF INFORMATION** |
|---|---|
| Rodolfo C. Jaramillo<br>Texas Rangers<br>8918 Tesoro, Suite 108<br>San Antonio, Texas 78217<br>Telephone: 210/832-9447 | Shooting incident. |
| Rolando Castañeda<br>Texas Rangers<br>2901 Paredes Line Road<br>Brownsville, Texas 78529<br>Telephone: 956/983-1961 | Rifle and shooting incident. |

(B) **A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

1) Firearms trace report, trace number: T19980170411;

2) Statement of Danny Carpenter made on December 2, 1998;

3) October 2, 1993 purchase invoice for MAK 90;

4) Affidavit of Javier Reyna with attached 7-page criminal investigation division Cameron County Sheriff's Department Case Report on Shooting Incident;

5) Affidavit of Rodolfo C. Jaramillo and attached 63-page Reports of Investigation;

6) July 14, 1998 21-page Report of Investigation and 1-page Case Report prepared by Ranger Rolando Castañeda.

1 - 3 previously produced and Nos. 4, 5 and 6 enclosed.

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
State Bar No. 12473500

**ROGER W. HUGHES**
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

By: _____
WALTER J. PASSMORE
Federal ID No. 2264
State Bar No. 15560400
**LAW OFFICE OF WALTER
J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, Texas 78502-3187
956/668-8750; FAX: 956/668-1714
Attorney for Defendant, R.D. MOORE,
Individually

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 12th day of May, 2003, to the following counsel of record and interested parties:

**Attorney of record for Plaintiff, DAN MORIN, et al:**

Mr. David Sergi
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666
***Via CMRRR# 7002 2410 0002 3598 1208***

**Attorney of record for Plaintiff, DONALD MORIN, et al:**

Mr. Jerry J. Trevino
**ATTORNEY AT LAW**
1125 South Port Avenue
Corpus Christi, TX 78405
***Via CMRRR# 7002 2410 0002 3598 1215***

_____
**TOM LOCKHART**