Case 1:00-cv-00104   Document 70   Filed in TXSD on 05/19/2003   Page 1 of 6

70

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFFS' PRETRIAL DISCLOSURES TO DEFENDANTS

TO:   Ralph D. Moore, Defendant, by and through its attorney of record, Walter Passmore, PASSMORE, WALKER & TWENHAFEL, L.L.P., P.O. Drawer 3766, McAllen TX 78502-3766 and City of Harlingen, by and through its attorney of record, Tom Lockhart, ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551

COMES NOW, Dan Morin, Individually and as Representative of the Estate of Margarita Flores, Deceased, and Plaintiffs Donald Morin, et al., in the above-entitled and numbered cause, and pursuant to Fed. R. Civ. P. 26(a)(3), makes the following pretrial disclosures to Defendants based on the information reasonably available to them at this time as follows:

         Respectfully submitted,

         SERGI & ASSOCIATES, P.L.L.C.
         109 East Hopkins, Suite 200
         San Marcos, Texas 78666
         Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
Attorney for Plaintiffs
State Bar No. 18036000

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi TX 78405
Telephone: (361) 882-5605
ATTORNEY FOR DONALD MORIN, ET AL.
ALSO JOIN IN THIS MOTION

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following in accordance with the Texas Rules of Civil Procedure on May 16, 2003.

**VIA CMRRR 7002 2030 0005 9874 6191**
Mr. Tom Lockhart
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551
*Attorneys for Appellees City of Harlingen,*
*Jim Scheopner, Joseph Vasquez and Ralph D. Moore*

**VIA CMRRR 7002 2030 0005 9874 6207**
Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, TX 78502-3766
*Attorney for Appellees Ralph D. Moore and*
*Jim Scheopner, individually*

_____
DAVID K. SERGI

A.  The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:

   1.  *Witnesses expected to testify:*

1.  Dan Morin, Individually and as
    Representative of the Estate of
    Margarita Flores, Deceased
    c/o Sergi & Associates
    109 East Hopkins, #200
    San Marcos, TX 78666
    512-392-5010

2.  Donald Morin
    c/o Law Offices of Jerry Trevino
    1125 South Port Avenue
    Corpus Christi TX 78405
    361-882-5605

3.  Diana Morin
    c/o Law Offices of Jerry Trevino
    1125 South Port Avenue
    Corpus Christi TX 78405
    361-882-5605

4.  Jennifer May Gwin
    c/o Law Offices of Jerry Trevino
    1125 South Port Avenue
    Corpus Christi TX 78405
    361-882-5605

5.  Danny Morin
    c/o Law Offices of Jerry Trevino
    1125 South Port Avenue
    Corpus Christi TX 78405
    361-882-5605

6.  Ruben Rios, Sr., as next friend
    of Ruben Rios, Jr., a minor
    c/o Law Offices of Jerry Trevino
    1125 South Port Avenue
    Corpus Christi TX 78405
    361-882-5605

7.  Maria D. Lopez, as next friend of
    Brian Morin, a minor
    c/o Law Offices of Jerry Trevino
    1125 South Port Avenue
    Corpus Christi TX 78405
    361-882-5605

8.  Jose T. Hernandez
    1027 Leal St.
    Benito, TX

9.  Ralph D. Moore
    c/o Walter Passmore
    PASSMORE, WALKER, et al.
    P.O. Drawer 3766
    McAllen, TX 78502-3766
    956-668-8750

10. Joseph Vasquez
    1306 High Street
    Harlingen, TX 78550
    956-423-6173

11. Jim Schoepner
    c/o Tom Lockhart
    ADAMS & GRAHAM, L.L.P.
    P.O. Drawer 1429
    Harlingen, TX 78551
    956-428-7495

12. City of Harlingen Records Custodian
    c/o Tom Lockhart
    ADAMS & GRAHAM, L.L.P.
    P.O. Drawer 1429
    Harlingen, TX 78551
    956-428-7495

13. All witnesses who testified in the *Salinas v. City of Harlingen* trial.

14. Joe Rubio
    2309 Hacienda Rd.
    Harlingen, Texas 78552

15. Arnold Rodriguez
    807 S. Jackson
    Pharr, Texas 78577

16. Danny Carpenter
    2009 N. Parkwood
    Harlingen, TX 78550
    956-423-6803

17. Jerry M. Johnson
    703 Marinon
    Houston, TX 77090
    281-893-0435

18. Javier Reyna, Investigator
    974 E. Harrison
    Brownsville, Texas

19. Joe Marchan
    Tex. Dept. of Public Safety Laboratory
    1414 Bicentennial
    McAllen, Texas

20. Robert Rodriguez, Deputy
    974 E. Harrison
    Brownsville, Texas

21. Rudy Jaramillo, Texas Rangers
    U.S. 77 Sunshine Strip
    Harlingen, Texas

22. Julie Cox
    311 Catherine
    Rio Hondo, Texas

23. Bill Sorrow, DPS
    P.O. Box 4087
    Austin, Texas

24. James Robenson
    1014 FM 775
    Floresville, TX 78114
    830-216-7783/fax: 830-393-2230

25. Omar Lucio
    Mercedes Police Department
    3235 Ohio
    Mercedes, TX 78570

26. All witnesses identified by Defendants

27. Rolando Castaneda, DPS
    1414 Bicentennial
    McAllen, TX

28. Robert Rodriguez, Investigator
    974 E. Harrison
    Brownsville, TX

29. Ronnie Saenz, Sgt.
    974 E. Harrison
    Brownsville, TX

30. Freddie Vela, FBI Special Agent
    1700 Parades Line Rd.
    Brownsville, TX

31. Tony Vasquez
    ATF
    1701 W. Hwy. 83
    McAllen, TX 78501

32. Michael Daniel Martinez
    Route 5, Box 5186-A; FM 1561
    San Benito, TX

33. William Arthur Morin
    311 Catherine
    Rio Hondo, TX

34. Fedencio Jaramillo
    311 Catherine
    Rio Hondo, TX

35. Yolanda de Leon, District Attorney
    974 E. Harrison
    Brownsville, TX

36. Dr. Margie Cornwell
    Valley Baptist Hospital
    Ed Carey Drive
    Harlingen, TX

37. Arnold Rodriguez
    807 S. Jackson
    McAllen, TX 78577

38. Mike Garcia
    Harlingen Police Department
    1102 S. Commerce
    Harlingen, TX 78550

    2. *Witnesses that may testify:*

        (a) names of any doctors

B. The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony:

At this time, Plaintiffs do not anticipate presenting any testimony by deposition, except for impeachment purposes.

C. An appropriate identification of each document or other exhibit, including summaries of other evidence separately identifying those which the party expects to offer and those which the party may offer is the need arises.

Plaintiff submits the exhibit list attached hereto as Exhibit A and incorporated herein.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit | Description | Expected/May Be Offered |
|---|---|---|
| P-1 | James Robenson Confidential Investigation | Expected |
| P-2 | Photos of scene | Expected |
| P-3 | Medical bills of Plaintiffs | Expected |
| P-4 | Photographs of Morin family | Expected |
| P-5 | Death Certificates of deceased Plaintiff family members | Expected |