United States District Court
Southern District of Texas
FILED

MAY 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' PRETRIAL DISCLOSURES

**TO:** Plaintiffs **DAN MORIN** and **DONALD MORIN, ET AL**, by service upon their attorneys of record:

Mr. David K. Sergi
**SERGI & ASSOCIATES, P.L.L.C.**
109 East Hopkins, Suite 200
San Marcos, Texas 78666

Mr. Jerry J. Treviño
**LAW OFFICES OF JERRY J. TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405

COME NOW Defendants, **CITY OF HARLINGEN** and **R.D. MOORE**, and make the following Pretrial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(3).

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 22nd day of May, 2003, to the following counsel of record and interested parties:

**Attorney of record for Plaintiff, DAN MORIN, et al:**

Mr. David Sergi
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666
**_Via CMRRR# 7002 2410 0001 9643 0364_**

**Attorney of record for Plaintiff, DONALD MORIN, et al:**

Mr. Jerry J. Trevino
**ATTORNEY AT LAW**
1125 South Port Avenue
Corpus Christi, TX 78405
**_Via CMRRR# 7002 2410 0001 9643 0371_**

_____
TOM LOCKHART

A. **WITNESSES WHOM THE PARTY MAY CALL IF THE NEED ARISES:**

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| R.D. Moore<br>c/o of his attorneys,<br>Walter J. Passmore<br>LAW OFFICE OF WALTER J. PASSMORE, P.C.<br>Tom Lockhart<br>ADAMS & GRAHAM, L.L.P. | Rifle and Ernest Moore. |
| Capt. Joseph Bennett Vasquez<br>1306 High St.<br>Harlingen, Texas 78550<br>Telephone No. 956/423-6173 | Rifle |
| Danny Carpenter<br>2009 N. Parkwood<br>Harlingen, Texas 78550<br>Telephone: 956/423-6803 | Rifle |
| Jerry M. Johnson<br>703 Marinon<br>Houston, Texas 77090<br>Telephone: 281/893-0435 | Rifle |
| Javier Reyna<br>1109 Business 77 Sunshine Strip<br>Harlingen, Texas 78550<br>Telephone: 956/423-6890 | Rifle and shooting incident. |
| Tony Medina<br>7500 Kirby Dr.<br>Apt. 1030<br>Houston, Texas 77030<br>Telephone: 281/705-5778 | Ernest Moore. |
| Larry Moore<br>City of Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas 78550<br>Telephone: 956/427-8750 | Ernest Moore. |

| **INDIVIDUAL(S)** | **SUBJECT OF INFORMATION** |
|---|---|
| Rodolfo C. Jaramillo<br>Texas Rangers<br>8918 Tesoro, Suite 108<br>San Antonio, Texas 78217<br>Telephone: 210/832-9447 | Shooting incident. |
| Rolando Castañeda<br>Texas Rangers<br>2901 Paredes Line Road<br>Brownsville, Texas 78529<br>Telephone: 956/983-1961 | Rifle and shooting incident. |

B.  **WITNESSES BY DEPOSITIONS:**

   None known at this time.

C.  **DOCUMENTS WHICH DEFENDANTS MAY OFFER IF THE NEED ARISES:**

   1)   Firearms trace report, trace number: T19980170411;

   2)   Statement of Danny Carpenter made on December 2, 1998;

   3)   October 2, 1993 purchase invoice for MAK 90;

   4)   Affidavit of Javier Reyna with attached 7-page criminal investigation division Cameron County Sheriff's Department Case Report on Shooting Incident;

   5)   Affidavit of Rodolfo C. Jaramillo and attached 63-page Reports of Investigation;

   6)   July 14, 1998 21-page Report of Investigation and 1-page Case Report prepared by Ranger Rolando Castañeda.

   (All of which have been previously produced.)

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
State Bar No. 12473500

**ROGER W. HUGHES**
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

By: _____ w/permission
WALTER J. PASSMORE
Federal ID No.2264
State Bar No. 15560400
**LAW OFFICE OF WALTER
J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, Texas 78502-3187
956/668-8750; FAX: 956/668-1714
Attorney for Defendant, R.D. MOORE,
Individually