In the United States District Court
for the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAY 2 9 2003

Michael N. Milby
Clerk of Court

Dan Morin, et al.

vs.                                    B-00-104

The City of Harlingen, Tx
et al.

### NOTICE OF DEPONENT BEFORE BEGINNING OF DEPOSITION THAT DEPONENT WILL REQUIRE TIME TO REVIEW THE TRANSCRIPT OR RECORDING AND, IF THERE ARE CHANGES IN FORM OR SUBSTANCE, TO SIGN A STATEMENT RECITING SUCH CHANGES AND THE REASONS GIVEN BY THE DEPONENT FOR MAKING THEM.

Pursuant to FED.R.CIV.P.30(e) and **Rios v. Bigler**, 67 F.3d 1543, 1522(10th Cir.1995), Deponent, party Plaintiff, Dan Morin, gives notice of deponent before beginning of deposition of Dan Morin, now set to be had tomorrow, May 28, 2003, that deponent will require time to review the transcript or recording and , if there are changes in form or substance, to sign a statement reciting such changes and the reasons given by the deponent for making them.

Given that the trial on the merits of this cause is set to be had on June 18, 2003, Deponent gives notices that he will require seven days "after being notified by the officer that the transcript or recording is available". FED.R.CIV.P.30(e)

Respectfully submitted this
May 27, 2003,

*Larry Warner*

Larry Warner
StateBar No.#20871500/USDC,SDTX 1230
777 E. Harrison St 2nd Floor
Brownsville, TX 78521
Tel. (956)542-4784
Fax (956) 544-5234
Attorney for Plaintiff/Deponent

In the United States District Court
for the Southern District of Texas
Brownsville Division

Dan Morin, et al.

vs.                                                          B-00-104

The City of Harlingen, Tx
et al.

## CERTIFICATE OF SERVICE

    I certify that I Faxed and a copy of **NOTICE OF DEPONENT BEFORE BEGINNING OF DEPOSITION THAT DEPONENT WILL REQUIRE TIME TO REVIEW THE TRANSCRIPT OR RECORDING AND, IF THERE ARE CHANGES IN FORM OR SUBSTANCE, TO SIGN A STATEMENT RECITING SUCH CHANGES AND THE REASONS GIVEN BY THE DEPONENT FOR MAKING THEM**, on May 27, 2003 to the following:

TOM LOCKHART                                    **VIA BY FAX NO.#956-428-2954**
ATTORNEY FOR CITY OF HARLINGEN
RALPH  D.  MOORE
222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TX 78551


ROGER HUGHES                                    **VIA BY FAX NO.#956-428-2954**
ATTORNEY FOR CITY OF HARLINGEN
RALPH  D.  MOORE
222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TX 78551


WALTER PASSMORE                                 **VIA BY FAX NO,#956-668-1714**
ATTORNEY FOR RALPH  D.  MOORE
P.O. DRAWER 3766
MCALLEN, TX 78502-3766

JERRY J. TREVINO                    **VIA BY FAX NO.#361-882-8355**
ATTORNEY FOR DONALD MORIN, DIANA MORIN, DANNY MORIN , JENNIFER
MORIN, MAY SWIN, RUBEN RIOS, SR., AS NEXT FRIEND OF RUBEN RIOS, A
MINOR;MARIA D. LOPEZ AS NEXT FRIEND OF BRIAN MORIN, A MINOR
1125 S. PORT
CORPUS CHRISTI, TX. 78405


BRYANT & STINGLEY, INC.             **VIA BY FAX NO.#956-428-7133**
P.O. BOX 3420
HARLINGEN, TEAS 78551-3420



                                    RESPECTFULLY SUBMITTED,
                                    May 2, 2003
                                    /s/ Larry Warner
                                    LARRY WARNER
                                    StateBar No.#20871500/USDC,SDTX 1230
                                    777 E. Harrison St 2nd Floor
                                    Brownsville, TX 78521
                                    Tel. (956)542-4784
                                    Fax (956) 544-5234
                                    Attorney for Plaintiff/Deponent