United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-104 |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-104 |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS TO THE JURY PANEL

1.  Is there any member of the jury panel who knows the Plaintiffs:

    a.  Dan Morin;
    b.  Donald Morin;
    c.  Delia Morin's son, Ruben Rios, Jr.;
    d.  Diana Morin;
    e.  Jennifer Gwin;
    f.  Danny Morin;
    g.  Delia Morin's son, Brian Morin.

    Is there anyone who knew Margarita Morin (Deceased) or Delia Morin (Deceased)?

2.  Plaintiffs will call a number of witnesses in this case. I will read to you the names of those witnesses. If you know any of the them, please raise your hands. (Read the names.)

3.  Please describe the nature of your knowledge of these witnesses. Do you feel that

because you know these people that you would tend to believe them, rather than someone else?

4.  The parties are represented by counsel. The Plaintiffs are represented by attorneys David Sergi of Sergi & Assoc. in San Marcos, Larry Warner in Brownsville, and Jerry Trevino who has offices in Harlingen and Corpus Christi. Defendants City of Harlingen and R.D. Moore are represented by Tom Lockhart and Roger W. Hughes of the firm Adams & Graham, L.L.P. in Harlingen; R.D. Moore is also represented by Walter Passmore of Law Offices of Walter J. Passmore, P.C., in McAllen. Do you know any of these lawyers, and is there anything about that relationship that would make it difficult for you to serve as a juror in this case?

5.  Is there any member of the jury panel who knows or is related to anyone who works for the Harlingen Police Dept., the Cameron County Sheriff's Department, or the U.S. Border Patrol?

6.  Has anyone ever served as a juror or witness in a case? If so:

   a.  What was the nature of the case?

   b.  What Court?

   c.  Was the verdict for the Plaintiff or Defendant?

   d.  Is there anything about that case that would influence you in this case?

7.  Has anyone on the jury panel or a family member or close friend filed a personal injury or wrongful death case?

8.  Have any of you, a member of your family or close friend ever filed a lawsuit against a federal, state or local government agency?

9.  Have any of you, or a member of your family or close friend ever been shot with a gun?

10. Is there any member of the jury panel who has a reservation or concern about holding the Plaintiffs to their burden of proof in this lawsuit?

11. Does anyone here have any negative feelings towards the City of Harlingen or R.D. Moore for whatever reason that may affect your attitude towards them in this case?

12. Is there any member of the jury panel who would be likely to decide this case on the basis of sympathy for the families of the deceaseds Delia Morin and Margaria Morin, or injured Dan Morin, rather than on the basis of a fair and objective evaluation of all the evidence?

13. The Court will instruct you concerning the nature of Plaintiffs' claims and the law which governs these claims. It might be that the Court's instructions on the law regarding these claims and any rights which Plaintiffs may have will differ from your views. In such a circumstance, is there anyone on the jury panel who cannot follow the Court's instructions?

14. Has anyone formed or expressed an opinion that the Plaintiffs in this case should recover from Defendant City of Harlingen or R.D. Moore?

15. Does any member of the jury panel feel that just because a lawsuit is filed and goes to trial, that Plaintiffs are entitled to win or that Plaintiffs' claims have some merit?

16. Is there any member of the jury panel that feels the City of Harlingen or R.D. Moore should not have the right to have a jury decide this case?

17. Does any member of the jury panel have any knowledge of this case other than what you have heard in the Courtroom? If so, please describe the source of your knowledge.

18. How many of you have subscribed to the Valley Morning Star, Brownsville Herald, or the McAllen Monitor since July 7, 1998? If so, please raise your hands.

19. How many of you have read any articles in those newspapers about this shooting or litigation? Please raise your hands.

20. How many of you have read or heard anything about this shooting or this litigation on the t.v., radio or newspaper? Please raise your hands.

21. Is there anyone here, that because of media coverage feels they cannot be fair and impartial to the parties and decide this case only on the facts admitted during the trial and instructions by this Court?

22. Is there anyone here, that because of media coverage of the shooting or litigation, is leaning towards one side or the other or is predisposed to the position of one side or the other of this lawsuit?

23. Based upon what you know about this case so far, is there anything in your background or experience that would affect your ability to be impartial in this case?

24. Have any of you been employed by the US Border Patrol, the Cameron County Sheriff's Office, or the City of Harlingen between 1998 and now? Has any family member or close relative been employed by the US Border Patrol, the Cameron County Sheriff's Office, or the City of Harlingen between 1998 and now?

## INDIVIDUAL VOIR DIRE QUESTIONS OUTSIDE THE PRESENCE OF THE REMAINDER OF THE PANEL

25. What have you read or heard in newspapers, TV, or radio?

26. How does this affect your attitude towards the trial?

26. Do you have any understanding of how or why the shootings occurred? If so, what is your understanding or belief?

Respectfully submitted,

By: _____
**Tom Lockhart**
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendants,
CITY OF HARLINGEN and R.D. MOORE

By: _____
WALTER J. PASSMORE
Admissions ID No. 2264
State Bar No. 15560400

**THE LAW OFFICE OF WALTER J. PASSMORE, PC**
2424 North 10th St., Suite 201; 78501
P. O. Drawer 3187
McAllen, TX 78502-3187
956/668-8750 107; FAX: 956/668-1714

Attorney for Defendant R.D. MOORE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 2nd day of June, 2003, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, DAN MORIN, et al:

| | |
|---|---|
| Mr. David Sergi | Via Facsimile: 512/392-504 |
| **SERGI & ASSOCIATES** | & FedEx Tracking No. 828089606324 |
| 109 E. Hopkins | |

Suite 200
San Marcos, TX 78666

Attorney of record for Plaintiff, DONALD MORIN, et al:

Mr. Jerry J. Trevino                                      Via Facsimile: 361/882-8355
**ATTORNEY AT LAW**                              & FedEx Tracking No. 828089606335
1125 South Port Avenue
Corpus Christi, TX 78405

Attorney of record for Defendant, R.D. MOORE. individually:

Mr. Walter Passmore                                     Via Facsimile: 956/668-1714
**LAW OFFICE OF WALTER J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, TX 78502-3187

_____
ROGER W. HUGHES