IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PRETRIAL DISCLOSURES OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants and file the following Objections to Plaintiffs' Trial Exhibit List:

| Exhibit | Description | Objection |
|---|---|---|
| P-1 | James Robenson Confidential Investigation | This document does not bear on the events in Rio Hondo or how Ernest Moore came to possess the AK 47 rifle in question. The investigation is not relevant. Fed.R.Evid. 401. Any slight probative value is outweighed by its tendency to confuse or mislead the jurors and is unduly prejudicial. Fed.R.Evid. 403. |

Respectfully submitted,

By: _____
**TOM LOCKHART**
Federal ID No. 2257
State Bar No. 12473500

**ROGER W. HUGHES**
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

By: _____ w/permission
**WALTER J. PASSMORE**
Federal ID No.2264
State Bar No. 15560400
**LAW OFFICE OF WALTER
J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, Texas 78502-3187
956/668-8750; FAX: 956/668-1714
Attorney for Defendant, R.D. MOORE,
Individually

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 30th day of May, 2003, to the following counsel of record and interested parties:

---

**Attorney of record for Plaintiff, DAN MORIN, et al:**

Mr. David Sergi
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666
***Via CMRRR# 7002 2410 0001 9643 0647***

**Attorney of record for Plaintiff, DONALD MORIN, et al:**

Mr. Jerry J. Trevino
**ATTORNEY AT LAW**
1125 South Port Avenue
Corpus Christi, TX 78405
***Via CMRRR# 7002 2410 0001 9643 0654***

TOM LOCKHART