```
                                          United States District Court
                                          Southern District of Texas
                                                  FILED
    IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF TEXAS        JUN 0 4 2003
           BROWNSVILLE DIVISION
                                          Michael N. Milby
                                           Clerk of Court
```

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL | § | |

## PLAINTIFFS' TRIAL EXHIBIT LIST

| EX. NO. | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---|---|---|---|---|
| 1. | James Robenson Confidential Investigation | | | |
| 2. A-EE | Photographs of Crime Scene | | | |
| 3. A-E | Photographs of Morin Family | | | |
| 4A. | Death Certificate of deceased, Margarita Flores Morin | | | |
| 4B. | Death Certificate of deceased, Delia Morin | | | |
| 5. | Photograph of the AR-15 rifle | | | |
| 6. A-B | Photographs of AK-47 rifle | | | |
| 7. | Photographs of bullets | | | |
| 8. | HPD Receipt for rifle given to Mrs. Sylvia Pirtle | | | |
| 9. | Map of Moore Property | | | |
| 10. | Drawing of scene of San Benito Shootings | | | |

| EX. NO. | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---|---|---|---|---|
| 11. A-I | Photographs of exterior and interior of Ernest Moore's Pick-up Truck | | | |
| 12. A-G | Photographs of interior of Ernest Moore's room | | | |
| 13A. 13B. | Autopsy of Ernest Moore, dec'd. Photograph of Ernest Moore, dec'd. | | | |
| 14. | Report of Texas Ranger Rudolfo Jaramillo | | | |
| 15. | March 10, 2000 letter from DPS Crime Lab | | | |
| 16. | July 14, 1998 Memo to LaBeau from Jim Scheopner | | | |
| 17. | July 15, 1998 Memo to Jim Scheopner from LaBeau | | | |
| 18. | October 1, 1998 Memo to LaBeau from Jim Scheopner | | | |
| 19. | October 14, 1998 Memo to Natalie Prim from Jim Scheopner | | | |
| 20. | November 5, 1998 Memo to Jim Scheopner from Natalie Prim | | | |
| 21. | City of Harlingen Agreement with James Robenson | | | |
| 22A. 22B. | DOT Firearms Transaction Record Receipt of sale of AR-15 by Vasquez to Moore | | | |
| 23. | Oct. 4, 1999 HPD letter from Victor Rodriguez with Excerpts of New Regulations & Policies | | | |
| 24. | Affidavit & the Report of Javier Reyna of Cameron County Sheriff's Department | | | |
| 25. | Statement of Border Patrol Agent George Hupp | | | |

| EX. NO. | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---|---|---|---|---|
| 26A. | Statements of HPD Officer Shawn Foist July 8, 1998 | | | |
| 26B. | Statements of HPD Officer Shawn Foist Sept. 1, 1998 | | | |
| 27. | Statement of Harlingen City Manager | | | |
| 28. | City Manager's Report to City Commission, Nov. 4, 1998 | | | |
| 29. | July 7, 1999 Report made by Dennis Zamarron | | | |
| 30. | Records and Testimony of AFT obtained through Deposition by Written Questions | | | |
| 31. | City of Harlingen Cell Phone Bill | | | |
| 32. | 10-14-98 Harlingen Police Assoc. ltr. (Joe Rubio) | | | |
| 33. | 11-29-98 Harlingen Police Assoc. ltr. (Joe Rubio) | | | |
| 34. | Harlingen Police Dept. Manual Provision on Weapons | | | |
| 35. | TCLEOSE Rules on Firearms Proficiency | | | |
| 36A. | 9-14-98 Statement of Suspension of Sgt. Foist | | | |
| 36B. | 9-15-98 Suspension of Sgt. Foist by Chief Schoepner | | | |
| 37. | Transcripts of law enforcement radio transmissions | | | |
| 37A | HPD Dispatch Log | | | |
| 37B | Cameron County Sheriff's Office Teletype | | | |
| 37C | Transcript of Cameron Cty Sheriff's Dept. Dispatch | | | |
| 37D | Transcript of Cameron Cty Sheriff's Dept. Dispatch | | | |
| 37E | Transcript of Cameron Cty Sheriff's Dept. Dispatch | | | |
| 37F | Transcript of HPD Radio Traffic | | | |

| EX. NO. | DESCRIPTION | OFFERED | EXCLUDED | ADMITTED |
|---|---|---|---|---|
| 37G | Transcript of EMS Radio Traffic | | | |
| 37H | Transcript of HPD Calls | | | |
| 38. | Gun list inventory at R.D. Moore's home | | | |
| 39. | Statement of Michael James Riley | | | |
| 40. A-R | Photographs from Texas Ranger and CCSD | | | |
| 41. | Jan. 11, 2000 U.S. Department of Justice Memo re: Stolen M-4 Rifle | | | |
| 42. | Harlingen Police Department Employee Standard | | | |
| 43. | Firearms Trace Report | | | |
| 44. | December 2, 1998 Statement of Danny Carpenter | | | |
| 45. | October 2, 1993 Receipt of MAK-90 sold from Jerry Johnson to Joseph Vasquez | | | |
| 46. | September 11, 2000 Examination Under Oath of Jose Hernandez | | | |
| 47. | Report of Texas Ranger Rolando Castaneda | | | |
| 48. | Medical bills of Plaintiff, Dan Morin | | | |
| 49. | Receipt for funeral plots incurred by Plaintiffs | | | |