*86*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Souther: District of Texas
**FILED**

JUN 0 4 2003

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-104 |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |
| and | | |
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANTS' SUPPLEMENTAL PRETRIAL DISCLOSURES AND EXHIBIT LIST

**TO:**   **Plaintiffs DAN MORIN and DONALD MORIN, ET AL, by service upon their attorneys of record:**

Mr. David K. Sergi
**SERGI & ASSOCIATES, P.L.L.C.**
109 East Hopkins, Suite 200
San Marcos, Texas 78666

Mr. Jerry J. Treviño
**LAW OFFICES OF JERRY J. TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405

COME NOW Defendants, **CITY OF HARLINGEN** and **R.D. MOORE**, and make the

following Supplemental Pretrial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(3).

A.      **WITNESSES WHOM THE PARTY MAY CALL IF THE NEED ARISES:**

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| R.D. Moore<br>c/o of his attorneys,<br>Walter J. Passmore<br>LAW OFFICE OF WALTER J.<br> PASSMORE, P.C.<br>Tom Lockhart<br>ADAMS & GRAHAM, L.L.P. | Rifle and Ernest Moore. |
| Capt. Joseph Bennett Vasquez<br>1306 High St.<br>Harlingen, Texas 78550<br>Telephone No. 956/423-6173 | Rifle |
| Danny Carpenter<br>2009 N. Parkwood<br>Harlingen, Texas 78550<br>Telephone:  956/423-6803 | Rifle |
| Jerry M. Johnson<br>703 Marinon<br>Houston, Texas 77090<br>Telephone: 281/893-0435 | Rifle |
| Javier Reyna<br>1109 Business 77 Sunshine Strip<br>Harlingen, Texas 78550<br>Telephone: 956/423-6890 | Rifle and shooting incident. |
| Tony Medina<br>7500 Kirby Dr.<br>Apt. 1030<br>Houston, Texas 77030<br>Telephone: 281/705-5778 | Ernest Moore. |
| Larry Moore<br>City of Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas 78550<br>Telephone: 956/427-8750 | Ernest Moore. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Rodolfo C. Jaramillo<br>Texas Rangers<br>8918 Tesoro, Suite 108<br>San Antonio, Texas 78217<br>Telephone: 210/832-9447 | Shooting incident. |
| Rolando Castañeda<br>Texas Rangers<br>2901 Paredes Line Road<br>Brownsville, Texas 78529<br>Telephone: 956/983-1961 | Rifle and shooting incident. |

**B.    WITNESSES BY DEPOSITIONS:**

> None known at this time.

**C.    DOCUMENTS WHICH DEFENDANTS MAY OFFER IF THE NEED ARISES and LIST OF EXHIBITS:**

> Exh. 1:    Affidavit of Danny Carpenter (signed Nov. 2, 2000) with attached firearms trace report, trace number: T19980170411 and Statement of Danny Carpenter made on December 2, 1998;
>
> Exh. 2:    October 2, 1993 purchase invoice for MAK 90;
>
> Exh. 3:    Affidavit of Javier Reyna  with attached 7-page criminal investigation division Cameron County Sheriff's Department Case Report on Shooting Incident;
>
> Exh. 4:    Affidavit of Rodolfo C. Jaramillo and attached 63-page Reports of Investigation;
>
> Exh. 5:    July 14, 1998 21-page Report of Investigation and 1-page Case Report prepared by Ranger Rolando Castañeda.
>
> Exh. 6:    Certified Records of Dept. of Treasury, Bureau of Alcohol, Tabacco & Firearms- Firearms Trace Summary, Trace No. T19980170411, dated 28 May 2003.
>
> Exh. 7:    Certified Records of Cameron County District Clerk of Records and Judgement in "State of Texas v. Dan Morin," Cause No. 1995-CR-7-B

Exh. 8:    Certified Records of Cameron County District Clerk of Records and Judgement in "State of Texas v. Danny Morin," Cause No. 1983-CR-318-B

(All of which have been previously produced except Exhs. 7, 8).

Respectfully submitted,

By: _____

**TOM LOCKHART**
Federal ID No. 2257
State Bar No. 12473500

**ROGER W. HUGHES**
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants,
CITY OF HARLINGEN AND R.D. MOORE

By: _____

**WALTER J. PASSMORE**
Federal ID No. 2264
State Bar No. 15560400
**LAW OFFICE OF WALTER
J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, Texas 78502-3187
956/668-8750; FAX: 956/668-1714
Attorney for Defendant, R.D. MOORE,
Individually

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 4th day of June, 2003, to the following counsel of record and interested parties:

**Attorney of record for Plaintiff, DAN MORIN, et al:**

Mr. David Sergi
**SERGI & ASSOCIATES**
109 E. Hopkins
Suite 200
San Marcos, TX 78666
*Via Fax: 512/392-504*

**Attorney of record for Plaintiff, DONALD MORIN, et al:**

Mr. Jerry J. Treviño
**ATTORNEY AT LAW**
1125 South Port Avenue
Corpus Christi, TX 78405
*Via Fax: 361/882-8355*

**Attorney of record for Defendant, R.D. MOORE. individually:**

Mr. Walter Passmore
**LAW OFFICE OF WALTER J. PASSMORE, P.C.**
P. O. Drawer 3187
McAllen, TX 78502-3187
*Via Fax: 956/668-1714*

ROGER HUGHES