# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN 0 5 2003

Michael N. Milby
Clerk of Court

JUDGE **FILEMON B. VELA**

CASE MANAGER **Maria F. Garza**

COURT REPORTER: **Bill Holloway**   LAW CLERK **David Willis**

INTERPRETER: **None**

DATE: **6/5/03**   TIME: **8:40 am / 9:20 am**
                         Begin           End

*************************************************************************

CIVIL ACTION NO. **B-00-104**

| MORIN | DAVID K. SERGI |
|---|---|
|  | LARRY WARNER |
|  | JERRY TREVINO |
| VS |  |
| MOORE | TOM LOCKHART |
|  | ROGER HUGHES |
|  | WALTER PASSMORE |

## FINAL PRETRIAL CONFERENCE

☑ Plt & Deft(s) appeared; announced ready for trial subject to pending motions. ETT **3** days.

☐ Plt & Deft(s) appeared; announced ready for trial. ETT _____ days.

☑ Case set for Jury Selection on **6/6/03** at 8:30 am.

☐ Plt/Deft(s) motion for continuance: _____ granted _____ denied.

☐ Case reset to:   ☐ Final Pretrial Conference reset for _____ @ 8:30 am.

☐ Jury Selection reset for _____ @ 9:00 am

☐ Motion hearing held.

☐ OTHER PROCEEDINGS: _____

B-00-CV-104, Morin vs Moore, et al.

☐ Defts ____ Motion/Summary Judgment (DE#47-1) ☐ Granted ☐ Denied
   <u>Motion carried along.</u>

☐ Defts ____ Motion/Protective Order (DE#56-2) ☑ Granted ☐ Denied

☐ Defts ____ Motion/Transfer Case (DE#73-1) ☐ Granted ☐ Denied
   <u>Motion carried along.</u>

☐ Defts ____ Motion/Court to Conduct Individual Questioning of Members Outside the Presence of Remainder of Panel on Media Coverage of Shootings And Litigation (DE#74-1) ☑ Granted ☐ Denied

☐ Defts ____ Motion in Limine (DE#75-1) ☐ Granted ☐ Denied
   <u>Motion carried along.</u>

☐ Defts ____ Motion/Equalize Peremptory Challenges (DE#79-1) ☑ Granted ☐ Denied
   <u>Stipulated to by parties.</u>