IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFFS' WITNESS LIST

A.  The following witnesses are expected to testify:

Danny Carpenter
2009 N. Parkwood
Harlingen, TX 78550
956-423-6803

Rolando Castaneda, DPS
1414 Bicentennial
McAllen, TX

Mike Garcia
Harlingen Police Depart.
1102 S. Commerce
Harlingen, TX 78550

Jennifer May Gwin
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Jose T. Hernandez
1027 Leal St.
Benito, TX

Fedencio Jaramillo
311 Catherine
Rio Hondo, TX

Rudy Jaramillo, Texas Rangers
U.S. 77 Sunshine Strip
Harlingen, Texas

Joe Marchan
Tex. Dept. of Public Safety Laboratory
1414 Bicentennial
McAllen, Texas

Ralph D. Moore
c/o Walter Passmore
PASSMORE, WALKER, et al.
P.O. Drawer 3766
McAllen, TX 78502-3766
956-668-8750

Mrs. Ralph D. Moore
c/o Walter Passmore
PASSMORE, WALKER, et al.
P.O. Drawer 3766
McAllen, TX 78502-3766
956-668-8750

Dan Morin, Individually and as
Representative of the Estate of
Margarita Flores, Deceased
c/o Sergi & Associates
109 East Hopkins, #200
San Marcos, TX 78666
512-392-5010

Daniel Morin
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Danny Morin
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Diana Morin
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Donald Morin
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

William Arthur Morin
311 Catherine
Rio Hondo, TX

Javier Reyna, Investigator
974 E. Harrison
Brownsville, Texas

James Robenson
1014 FM 775
Floresville, TX 78114
830-216-7783/fax: 830-393-2230

Arnold Rodriguez
807 S. Jackson
McAllen (or Pharr), TX 78577

Joe (Jose) Rubio
2309 Hacienda Rd.
Harlingen, Texas 78552

Jim Schoepner
c/o Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551
956-428-7495

Bill Sorrow, DPS
P.O. Box 4087
Austin, Texas

Joseph Vasquez
1306 High Street
Harlingen, TX 78550
956-423-6173

B.    The following witnesses may testify:

Doel Nicholas Anders

Gilbert Briones
974 E. Harrison
Brownsville, TX

Rudy Cavazos

City of Harlingen Records Custodian
c/o Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551
956-428-7495

Dr. Margie Cornwell
Valley Baptist Hospital
Ed Carey Drive
Harlingen, TX

Julie Cox
311 Catherine
Rio Hondo, Texas

Yolanda de Leon, District Attorney
974 E. Harrison
Brownsville, TX

Shawn Foist
c/o Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551
956-428-7495

Jerry M. Johnson
703 Marinon
Houston, TX 77090
281-893-0435

Joseph La Bean

Maria D. Lopez, as next friend of
Brian Morin, a minor
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Maria D. Lopez, as next friend of
Johnny Avila, a minor
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Omar Lucio
Mercedes Police Department
3235 Ohio
Mercedes, TX 78570

Michael Daniel Martinez
Route 5, Box 5186-A; FM 1561
San Benito, TX

Police Officers Association

Mrs. Prather

Leroy Rincones
974 E. Harrison
Brownsville, TX

Ruben Rios, Sr., as next friend
of Ruben Rios, Jr., a minor
c/o Law Offices of Jerry Trevino
1125 South Port Avenue
Corpus Christi TX 78405
361-882-5605

Robert Rodriguez, Investigator/Deputy
974 E. Harrison
Brownsville, Texas

Victor Rodriguez
c/o Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551
956-428-7495

Luciano Rubio
c/o Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551
956-428-7495

Ronnie Saenz, Sgt.
974 E. Harrison
Brownsville, TX

Roberto Silva
Secretary of Harlingen

Tony Vasquez
ATF
1701 W. Hwy. 83
McAllen, TX 78501

Freddie Vela, FBI Special Agent
1700 Parades Line Rd.
Brownsville, TX

Daniel Winn

All witnesses who testified in the
*Salinas v. City of Harlingen* trial.

All witnesses identified by
Defendants

Respectfully submitted,

SERGI & ASSOCIATES, P.L.L.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
State Bar No. 18036000

LARRY WARNER
777 E. Harrison, Suite 2
Brownsville TX 78520
Telephone: (956) 542-4784
State Bar No. 20871500
ATTORNEYS FOR DAN MORIN, ET AL.

>Mr. Jerry J. Trevino
>LAW OFFICES OF JERRY J. TREVINO
>1125 South Port Avenue
>Corpus Christi TX 78405
>(361) 882-5605
>ATTORNEY FOR DONALD MORIN, ET AL.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following in accordance with the Texas Rules of Civil Procedure on June 5, 2003 via hand delivery.

Mr. Tom Lockhart
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551
*Attorneys for Defendants City of Harlingen and Ralph D. Moore*

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, TX 78502-3766
*Attorney for Defendant Ralph D. Moore, individually*

_____
DAVID K. SERGI