United States District Court
Southern District of Texas
FILED

JUN 0 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFFS' FIRST SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS

COMES NOW, Dan Morin and Donald Morin, et al., Plaintiffs in the above-styled cause, and respectfully requests the following voir dire to the jury.

32. Does anyone consider themselves an expert regarding tort laws?

33. Does anyone consider themselves to be an expert regarding police procedures?

34. Does anyone believe that a police officer has the right to break the law just because he is a police officer?

35. Does anyone believe that gun laws are too restrictive?

36. Does anyone believe that the state does not have the right to regulate automatic weapons such as AK-47 rifles?

37. Does anyone feel that there are simply too many lawsuits in general?

38. Has anyone ever been a defendant in a civil lawsuit?
    a. If so, what type of case?
    b. How was it resolved?
    c. Would that experience affect your ability to be fair and impartial if selected as a juror in this case?

39. Does anyone work for an insurance company?

40. Does anyone have any family member who works for an insurance company?

>Respectfully submitted,
>
>SERGI & ASSOCIATES, P.L.L.C.
>109 East Hopkins, Suite 200
>San Marcos, Texas 78666
>Telephone: (512) 392-5010/Fax: (512) 392-5042

BY: _____
David K. Sergi
State Bar No. 18036000

LARRY WARNER
777 E. Harrison, Suite 2
Brownsville TX 78520
Telephone: (956) 542-4784
State Bar No. 20871500
ATTORNEYS FOR DAN MORIN, ET AL.

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi TX 78405
(361) 882-5605
ATTORNEY FOR DONALD MORIN, ET AL.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following in accordance with the Texas Rules of Civil Procedure on June 5, 2003 via hand delivery.

Mr. Tom Lockhart
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551
*Attorneys for Appellees City of Harlingen and Ralph D. Moore*

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P.O. Drawer 3766
McAllen, TX 78502-3766
*Attorney for Appellees Ralph D. Moore, individually*

_____
DAVID K. SERGI