

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

and

| | | |
|---|---|---|
| DONALD MORIN, ET AL. | { | |
| | { | CIVIL ACTION NO. B-00-104 |
| V. | { | |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

## DEFENDANT CITY OF HARLINGEN'S REPLY SUPPORTING ITS RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant City of Harlingen and files its Reply Supporting Rule 56 Motion for Summary Judgment and Supplemental Evidence.

### I. Supplemental Evidence

In support of its Rule 56 Motion, Defendant City submits the attached Exh. D which contains a true and correct copy of the certified copy of the Firearms Trace Summary report and a certified copy of the Firearms Transaction Record, Form 4473 for the MAK-90 rifle in question. As good cause for late submission, the City would show that these documents were first provided by Plaintiffs' counsel Jerry Trevino on June 4, 2003.

## II. <u>Reply on Rule 56 Motion for Summary Judgment</u>

First, Exh. D proves that Joseph Vasquez acquired the MAK-90 in 1993 through a private sale from Mr. Johnson and the MAK-90 was recovered from Ernest Moore in July, 1998.[1]

Second, Plaintiffs' Response is built on an unsound analogy to the City rifle used in the San Benito shootings (Olympic Arms .223 rifle, generically referred to as an "AR-15"). Plaintiffs reason that the City owned the MAK-90 rifle because (1) Vasquez "possessed" both the MAK-90 and the Olympic Arms .223, (2) he "transferred" both rifles to Moore, and (3) the Olympic .223 rifle was City property. Response, ¶ III, p. 4. They claim that Moore acquired the MAK-90 in "exactly" the same manner as he acquired the Olympic Arms .223 rifle, yielding the rationale that if one rifle was City property, both must be so.

Neither the facts nor reason support their conclusion. Pirtle *gave* the Olympic Arms .223 rifle to the *City*, not Capt. Vasquez; Vasquez *bought* the MAK-90 rifle used by Ernest Moore in Rio Hondo through a private sale. The Olympic Arms .223 was *stored at the police department*, until Vasquez *assigned* it to Moore for official use; the MAK-90 was never stored at the department and Vasquez sold the rifle to Moore (who bought it for his son). It is not even logical to assume that, if Vasquez assigned a City owned rifle stored at the station to Moore for official use, then any privately owned rifle he sold Moore must also be for "City use." There is no fact question over how Vasquez acquired the MAK-90; there is no fact question that Moore acquired the weapon by sale. The circumstances support only one inference: the MAK-90 rifle was private property that the City

---

[1] This disposes of Plaintiffs' objections at ¶II (1-4) concerning Carpenter's and Vasquez's affidavit.

never owned.

Wherefore, premises considered, Defendant City of Harlingen prays the court consider the attached Exh. D, and grant summary judgment that Plaintiffs take nothing against it.

Respectfully submitted,

By: _____
TOM LOCKHART
Federal ID No. 2257
State Bar No. 12473500

**ROGER W. HUGHES**
Federal ID No. 5950
State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 5th day of June 2003, to the following counsel of record and interested parties:

---

Attorney of record for Plaintiff, DAN MORIN, et al:

| | |
|---|---|
| Mr. David Sergi<br>**SERGI & ASSOCIATES**<br>109 E. Hopkins<br>Suite 200<br>San Marcos, TX 78666 | *Via Facsimile: 512/392-504* |

Attorney of record for Plaintiff, DONALD MORIN, et al:

| | |
|---|---|
| Mr. Jerry J. Trevino<br>**ATTORNEY AT LAW**<br>1125 South Port Avenue<br>Corpus Christi, TX 78405 | *Via Facsimile: 361/882-8355* |

Attorney of record for Defendant, R.D. MOORE. individually:

| | |
|---|---|
| Mr. Walter Passmore<br>**LAW OFFICE OF WALTER J. PASSMORE, P.C.**<br>P. O. Drawer 3187<br>McAllen, TX 78502-3187 | *Via Facsimile: 956/668-1714* |

_____
TOM LOCKHART

# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: May 28, 2003



## FIREARMS TRACE SUMMARY

Trace Number: T19980170411                     Request Date: July 08, 1998

### FIREARM INFORMATION

**ROLAND BALLESTEROS**
**HOUSTON FIELD DIVISION**
**15355 VANTAGE PKWY WEST - 200**
**HOUSTON, TX 77032**

Manufacturer: NORTH CHINA INDUSTRIES
Model: MAK90
Caliber: 762
Serial Number: 9339798
Type: RIFLE
Country: CHINA
Importer: INTERSTATE ARMS
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

Badge No:
Investigation No:

### RECOVERY INFORMATION
Recovery Date: 07/08/1998
Time to Crime: 1740 days

### PURCHASER INFORMATION
Purchase Date: 10/02/1993

JOSEPH BENNETT VASQUEZE
1306 HIGH ST
HARLINGEN, TX 78550

Possessor: ERNIE MORRE
DOB:
POB:

DOB: 01/30/1942
POB: NEW HAVEN, MS
Race: White         Height: 5 ft. 10 in.
Sex: Male           Weight: 200 lbs.
ID 1: TX DRIVER'S LICENSE   #: 04882760
ID 2:                        #:

### DEALER INFORMATION

JOHNSON, JERRY M
15702 PEBBLE BEND
HOUSTON, TX 77068-0000
Phone: N/A

FFL: 57635965
Out of Business

Ship Date: 09/30/1993

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

## Dealer

**The firearm was imported by INTERSTATE ARMS CORP on ???:**

| | | | |
|---|---|---|---|
| Business Name: | IAC | Phone: | (978) 667-7060 |
| Licensee Name: | INTERSTATE ARMS CORP | FFL Number: | 60434050 |
| Address: | 6 G DUNHAM RD | Invoice #: | |
| | BILLERICA, MA 01821-0000 | Last Inspection: | 12/13/1996 |
| POC Name: | | Fax: | |

Dealer Note:
Associated Traces: N/A

**The firearm was shipped to TRIGA, INC on September 07, 1993:**

| | | | |
|---|---|---|---|
| Business Name: | T & G SALES | Phone: | (214) 352-9386 |
| Licensee Name: | TRIGA, INC | FFL Number: | 57530266 |
| Address: | 3127 CITATION | Invoice #: | |
| | DALLAS, TX 75229-0000 | Last Inspection: | 03/19/1996 |
| POC Name: | | Fax: | |

Dealer Note:
Associated Traces: N/A                                                                      Out of Business

**The firearm was shipped to JOHNSON, JERRY M on September 30, 1993:**

| | | | |
|---|---|---|---|
| Business Name: | | Phone: | (713) 893-0435 |
| Licensee Name: | JOHNSON, JERRY M | FFL Number: | 57635965 |
| Address: | 15702 PEBBLE BEND | Invoice #: | |
| | HOUSTON, TX 77068-0000 | Last Inspection: | 05/04/1993 |
| POC Name: | | Fax: | |

Dealer Note:
Associated Traces: Dealer may be associated with 25 other traces based on FFL Number.      Out of Business

## Individual

**The following individual was reported to have purchased the firearm on October 02, 1993:**

| | | | | | |
|---|---|---|---|---|---|
| Name: | JOSEPH BENNETT VASQUEZE | DOB: | 01/30/1942 | Criminal History: | N/A |
| Address: | 1306 HIGH ST | POB: | NEW HAVEN, MS | | |
| | HARLINGEN, TX 78550 | Race: | White | Sex: | Male |
| | | Height: | 5 ft. 10 in. | Weight: | 200 lbs. |
| ID State/Type: | TX DRIVER'S LICENSE  #: 04882760 | AKA Name: | | | |
| ID State/Type: | #: | AKA DOB: | | | |

Individual Note:
Associated Traces: Individual is not associated with other traces/multiple sales based on Last Name and Date of Birth.

**The following individual was reported to be in possession of the firearm:**

| | | | | | |
|---|---|---|---|---|---|
| Name: | ERNIE MORRE | DOB: | | Criminal History: | N/A |
| Address: | | POB: | | | |
| | HARLINGIN, TX | Race: | White | Sex: | Male |
| | | Height: | | Weight: | |
| ID State/Type: | #: | AKA Name: | | | |
| ID State/Type: | #: | AKA DOB: | | | |

Individual Note:
Associated Traces: Not enough information to check for associated traces/multiple sales.

### Recovery Location

The firearm was recovered on July 08, 1998 from the following location:

Address:                                                    Location Type:

Time to Crime: 1740 days
VehicleYear :           Make:           Model:           Tag:
Recovery Note:
Associated Traces: Not enough information to check for associated traces.

"This is a true copy of trace information which exists
in the Firearms Tracing System database of the National
Tracing Center, Bureau of Alcohol, Tobacco, Firearms and
Explosives."

Certified: _Christine A Duyk_ Date: _5/28/03_
           Terrence P. Austin
           Chief, National Tracing Center Division

Trace: T19980170411                                    Page 3 of 3



# United States Of America



Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: May 28, 2003

To whom it may concern

This is to certify that
Udora M. Hugee

Bureau of Alcohol, Tobacco, Firearms and Explosives, Department of Justice, Washington, D.C., has legal custody of records of the Bureau of Alcohol, Tobacco, Firearms and Explosives pertaining to the acquisition, transfer and sale or other disposition of firearms and ammunition by federally licensed manufacturers, importers, and dealers in firearms that have discontinued business; that I am familiar with her signature; and that I have examined her signature which appears on the attached statement and find it to be her true signature.

In witness whereof,
I have hereunto set my hand, and caused this seal to be affixed on the day and year appearing above.

By direction of the Attorney General.

*Christine A. Dixon*

Terrence P. Austin
Chief, National Tracing Center Division

06/04/2003 WED 09:22 FAX                                                                              ☒009/010
                                                                                                     JUN 04 '03 09:33AM



### United States Of America



Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: May 28, 2003

**To whom it may concern**

This is to certify that I Udora M. Hugee

am the Custodian of Records, ATF Out-of-Business Records Center, Office of Law Enforcement, Bureau of Alcohol, Tobacco, Firearms and Explosives, Department of Justice. In my official capacity, I have immediate legal custody of the records of the Bureau of Alcohol, Tobacco, Firearms and Explosives pertaining to the purchase, transfer, sale, or other acquisition or disposition of firearms and ammunition by federally licensed manufacturers, importers, and dealers in firearms and ammunition who have discontinued business.

I do hereby certify that the attached are true copies of the records pertaining to this matter:

The disposition of a Norinco 7.62x39 mm rifle, model MAK90 and serial number 9339798, by Jerry M. Johnson, Houston, Texas, to Joseph Bennett Vasquez, Harlingen, Texas on October 2, 1993.

*Udora M. Hugee*
Custodian of Records
ATF Out-of-Business Records Center

ATF F 1323.9 (2-90) PREVIOUS EDITION IS OBSOLETE

# DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## FIREARMS TRANSACTION RECORD
### PART I — OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)**

1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle): Vasquez, Joseph Ernesto
5. RESIDENCE ADDRESS: 806 High Ct, Harlingen, [Texas]

**8. CERTIFICATION OF TRANSFEREE (Buyer)**

[Signature of buyer]

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)**

| TYPE | MODEL | CALIBER OR GAUGE | SERIAL NO. | MANUFACTURER |
|---|---|---|---|---|
| Rifle | MAK 90 | | | |

16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller):
Jerry M. Johnson
15702 Pebble Bend
Houston, Texas 77068
(713)-893-0435

FEDERAL FIREARMS LICENSE: 5-76-101-01-6D-35965

18. TRANSFEROR'S (Seller's) SIGNATURE — EXECUTE AT TIME OF ACTUAL TRANSFER OF FIREARM(S)

ATF F 4473 (5300.9) PART I