# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

JUDGE     FILEMON B. VELA
CASE MANAGER   Maria F. Garza
COURT REPORTER: Bill Holloway    LAW CLERK   David Willis
INTERPRETER:     None
DATE:   6/6/03            TIME:   8:45 am    /   9:45 am
                                  Begin              End

**********************************************************************

CIVIL ACTION NO.   B-00-104

| | |
|---|---|
| MORIN | DAVID K. SERGI |
| | LARRY WARNER |
| | JERRY TREVINO |
| VS | |
| CITY OF HARLINGEN, ET AL. | TOM LOCKHART |
| | ROGER HUGHES |
| | WALTER PASSMORE |

## 1st DAY - JURY TRIAL

8:45 am:    All parties appeared and announced ready for jury selection.
9:30 am:    Parties announced that they had settled. Jury excused. The parties will submit settlement documents for the Court's signature.