# United States District Court
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**DAN MORIN**

**VS.**

**RALPH D. MOORE, ET AL.**

**NOTICE**

CIVIL ACTION NO. B-00-104

Type of Case:

☒ CIVIL     ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: <br><br> U.S Courthouse - 3RD Floor <br> 600 E. Harrison. Street <br> Brownsville, Texas 78520 | Room No: COURTROOM #4 <br> U.S. DISTRICT JUDGE <br> FILEMON B. VELA |
|---|---|
| | Date and time: <br> November 17, 20032   @ 8 : 30 a.m. |

| TYPE OF PROCEEDING : | STATUS CONFERENCE |
|---|---|

TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

(BY) DEPUTY CLERK

DATE: OCTOBER 27, 2003

To:  HON. DAVID K. SERGI
     HON. LARRY WARNER
     HON. JERRY TREVINO
     HON. TOM LOCKART
     HON. ROGER HUGHES
     HON. WALTER PASSMORE