IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 5 2003

Michael N. Milby
Clerk of Court

DAN MORIN                               {
                                        {
V.                                      {         CIVIL ACTION NO. B-00-104
                                        {
CITY OF HARLINGEN, ET AL.               {

and

DONALD MORIN, ET AL.                    {
                                        {
V.                                      {         CIVIL ACTION NO. B-00-104
                                        {
CITY OF HARLINGEN, ET AL.               {

---

## AGREED JOINT MOTION FOR STIPULATED PARTIAL DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff DAN MORIN, Individually and as Representative of the Estate of

Margarita Flores, and Defendants CITY OF HARLINGEN and RALPH D. MOORE and announce

to the court that they have compromised all matters and dispute between them and that the Court

should enter an order of dismissal under Rule 41. This motion does not affect the claims of Donald

Morin, et al which remain pending.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs DAN MORIN, Individually and as

Representative of the Estate of Margarita Flores, and Defendants CITY OF HARLINGEN and

RALPH D. MOORE pray that the Court grant the relief requested.

---

Respectfully submitted,

By: _____

DAVID SERGI
Admission ID No. _____
State Bar No. 18036000
SERGI & ASSOCIATES
109 E. Hopkins, Suite 200
San Marcos, TX 78666
Telephone: (512) 392-5010
Facsimile: (512) 392-5042

Attorney of record for *Plaintiffs*, DAN MORIN,
INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF MARGARITA FLORES:

By: _____

RODGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

Attorneys for *Defendant* CITY OF HARLINGEN

Respectfully submitted,


By:   _____

DAVID SERGI
Admission ID No. _____
State Bar No. 18036000
SERGI & ASSOCIATES
109 E. Hopkins, Suite 200
San Marcos, TX 78666
Telephone: (512) 392-5010
Facsimile: (512) 392-5042

Attorney of record for *Plaintiffs*, DAN MORIN,
INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF MARGARITA FLORES:



By:   _____

ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954


Attorneys for *Defendant* CITY OF HARLINGEN

By: _____   By permission

WALTER J. PASSMORE
Admissions ID No. 2264
State Bar No. 15560400
THE LAW OFFICE OF WALTER J.
PASSMORE, PC
P. O. Drawer 3187
McAllen, TX 78502-3187
Telephone: 956/668-8750
Facsimile: 956/668-1714

Attorney for *Defendant* R.D. MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this __4__ day of ___Nov___, 2003, to the following counsel of record and interested parties:

Attorney of record for *Plaintiff*, DAN MORIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARITA FLORES:

Mr. David Sergi                                          *Via Ordinary Mail*
SERGI & ASSOCIATES
109 E. Hopkins
Suite 200
San Marcos, TX 78666

Attorney For *Plaintiffs* DONALD MORIN, DANNY MORIN, DIANA MORIN, JENNIFER GWIN, RUBEN RIOS, SR. AS NEXT FRIEND OF MINOR RUBEN RIOS, JR., AND MARIA LOPEZ AS NEXT FRIEND OF MINOR BRIAN MORIN:

Mr. Jerry J. Treviño                                     *Via Ordinary Mail*
LAW OFFICES OF JERRY J. TREVIÑO, P.C.
1125 South Port Avenue
Corpus Christi, TX 78405
Attorney for *Defendant* R.D. MOORE:

Mr. Walter J. Passmore                                          *Via Ordinary Mail*
THE LAW OFFICE OF WALTER J. PASSMORE, PC
P. O. Drawer 3187
McAllen, TX 78502-3187

_____
ROGER W. HUGHES