United States District Court
Southern District of Texas
FILED

NOV 1 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-104 |
| RALPH D. MOORE, ET AL. | § § | |
| and | § § | |
| DONALD MORIN, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-104 |
| RALPH D. MOORE, ET AL. | § | |

## MOTION FOR LEAVE OF COURT TO ALLOW FOR SUBSTITUTED COUNSEL FOR HEARING SET FOR NOVEMBER 17, 2003

COMES NOW, WALTER J. PASSMORE and CHRISTOPHER A. FUNK and file this their MOTION FOR LEAVE OF COURT TO ALLOW FOR SUBSTITUTED COUNSEL FOR HEARING SET FOR NOVEMBER 17, 2003 and for cause would show the Court the following:

1.　Walter J. Passmore represents Ralph D. Moore in the above-entitled cause. Mr. Passmore and Mr. Funk move for leave of court to allow for substituted counsel for the hearing set for November 17, 2003 at 8:30 a.m. Due to a scheduling conflict, Mr. Passmore respectfully requests that his associate, Christopher A. Funk, be permitted to appear on his behalf in representation of Ralph D. Moore for purposes of this hearing only.

2.　Christopher A. Funk is a licensed attorney is the State of Texas and in the United States District Court for the Southern District of Texas.

## CERTIFICATE OF CONFERENCE

The movants have conferred with counsel for all parties involved and there are no objections to this motion.

WHEREFORE, PREMISES CONSIDERED, movants pray that this Court to allow Christopher A. Funk to substitute for Walter J. Passmore for purposes of the hearing set for November 17, 2003.

Respectfully submitted,

WALTER J. PASSMORE
Texas Bar No. 15560400
Southern Dist. of Texas No. 2264
2424 N. 10th St., Suite 201
P.O. Drawer 3187
McAllen, Texas 78502

CHRISTOPHER A. FUNK
Texas Bar No. 24007212
Southern Dist. of Texas No. 33804
The Passmore Law Firm
2424 N. 10th St., Suite 201
P.O. Drawer 3187
McAllen, Texas 78502

## CERTIFICATE OF SERVICE

I, Christopher A. Funk, do hereby certify that on the 17th day of November, 2003, a copy of the foregoing MOTION FOR LEAVE OF COURT TO ALLOW FOR SUBSTITUTED COUNSEL FOR HEARING SET FOR NOVEMBER 17, 2003, was hand-delivered to:

Mr. Jerry J. Trevino
Attorney At Law
1125 South Port Avenue
Corpus Christi, TX 78405
*Attorney of record for Plaintiffs Donald Morin, et. al.*

Mr. Tom Lockhart
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551
*Attorney of record for the Defendants City of Harlingen, et. al.*

By: _____
Christopher A. Funk
Texas Bar ID No. 24007212
Southern Dist. of Texas No. 33804