98

United States District Court
Southern District of Texas
FILED

NOV 1 7 2003

Michael N. Milby
Clerk of Court

# COURTROOM MINUTES

JUDGE____FILEMON B. VELA_____

CASE MANAGER ___Maria F. Garza_____

COURT REPORTER:Bill Holloway    LAW CLERK _David Walton & Eugenia Ponce

INTERPRETER:_____None_____

DATE:____11/17/03_____    TIME:_____/_____

Begin                End

**********************************************************************************

CIVIL ACTION NO. ____B-00-104_____

DAN MORIN, , ET AL                                  LARRY WARNER
                                                    JERRY TREVINO

VS

CITY OF HARLINGEN                                   ROGER HUGHES
RALPH D. MOORE                                      CHRISTOPHER A. FUNK

---

## MINUTES OF STATUS CONFERENCE

All parties announced ready to proceed. Court granted Motion for Leave to Substitute Counsel for this hearing thus allowing Christopher A. Funk to appear on behalf of Walter J. Passmore in representation of Defendant Ralph D. Moore. Diana Morin testified that she agreed to settlement on behalf of herself, two minor children and her siblings. Court orders parties to prepare an order with Diana Morin signing for Donald Morin. Order should reflect that parties did not want a friendly suit.