IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DAN MORIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| RALPH D. MOORE, ET AL. | § | |
| | § | |
| and | § | |
| | § | |
| DONALD MORIN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-104 |
| | § | |
| RALPH D. MOORE, ET AL. | § | |

## ORDER

On the 17th day of November, 2003 came to be heard the joint motion of Walter J. Passmore and Christopher A. Funk for leave of court to allow for substituted counsel for hearing set for November 17, 2003. Having considered the motion, this Court is of the opinion that it should be in all things GRANTED ~~DENIED~~.

Done at ~~McAllen~~ Brownsville, Texas this the 17th day of November, 2003.

_____
JUDGE PRESIDING