/0/

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAN MORIN | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-104 |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |
| and | | |
| DONALD MORIN, ET AL. | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-104 |
| | { | |
| CITY OF HARLINGEN, ET AL. | { | |

### STIPULATED FINAL ORDER OF DISMISSAL AND APPROVAL OF SETTLEMENT OF MINOR PLAINTIFFS' CLAIMS AND DISTRIBUTION OF FUNDS

**BE IT REMEMBERED** that on June 6, 2003, AND ON November 17, 2003, came on to be heard, the above-styled and numbered cause, wherein (1) **DAN MORIN, Individually and as Representative of the Estate of Margarita Flores, DONALD MORIN, DANNY MORIN, DIANA MORIN, JENNIFER GWIN, RUBEN RIOS, SR.** as next friend of a Minor **RUBEN RIOS, JR.,** and **MARIA LOPEZ** as next friend of a minor **BRIAN MORIN** are Plaintiffs; and (2) **THE CITY OF HARLINGEN and RALPH D. MOORE** are Defendants. Plaintiffs Diana Morin and Dan Morin and Defendants appeared, and the court proceeded to hear the evidence of the Plaintiffs, and these Defendants. Upon conclusion of the evidence, the parties announced in open court, subject to the approval of

the court, that all the parties had compromised and settled the disputes between them arising out of the deaths of Margarita Flores and Delia Morin and the shootings occurring on or about July 7, 1998.

It further appeared that the adult Plaintiffs have agreed to dismiss their individual claims with prejudice. The Court finds that the Plaintiffs or their authorized representatives have consented to settle. The Court inquired whether the services of a guardian ad litem were necessary to approve the Minors' settlement. The Plaintiffs and Defendants assured the Court that an appointment was not necessary. Based on these assurances the Court did not appoint and ad litem.

It further appeared to the court that the Defendants have agreed that they would pay consideration in settlement to the Minor Plaintiffs for non-economic loss in this suit as follows:

1. To **RUBEN RIOS, SR.**, as next friend of Minor **RUBEN RIOS, JR.**, the sum of $20,000.00 for non-economic damages;

2. To **MARIA LOPEZ**, as next friend of Minor **BRIAN MORIN** the sum of $20,000.00 for non-economic damages;

Based on the argument and evidence submitted by counsel, the Court determined that it was unnecessary to appoint a guardian ad litem. The Court determines the agreement to be fair and reasonable and finds that it should be approved. The Court determines that **RUBEN RIOS, SR.**, may recover from the $20,000.00 for minor **RUBEN RIOS, JR.**, the sum of $9,668.97 as reimbursement for reasonable legal fees and litigation expenses for the

claims of that minor, and that the remaining $10,331.03 shall be deposited into the registry of the court for the use and benefit of **RUBEN RIOS, JR.**. The Court also determines that **MARIA LOPEZ** recover from the $20,000.00 for minor **BRIAN MORIN** the sum of $ 9,668.97 as reimbursement for reasonable fees and litigation expenses for the claims of that minor and the remaining sum, $ 10,331.03 shall be deposited into the registry of the court for the use and benefit of the minor **BRIAN MORIN**; the Clerk of this court is authorized to receive said sums for the use and benefit of said minors.

Accordingly, it is **HEREBY ORDERED, ADJUDGED and DECREED** by the Court that the claims of **DAN MORIN, Individually and as Representative of the Estate of Margarita Flores, DONALD MORIN, DANNY MORIN, DIANA MORIN, JENNIFER GWIN, RUBEN RIOS, SR.** as next friend of a Minor **RUBEN RIOS, JR.**, and **MARIA LOPEZ** as next friend of minor **BRIAN MORIN**, are dismissed with prejudice under Federal Rule of Civil Procedure 41.

**IT IS THEREBY ORDERED, ADJUDGED AND DECREED** that the settlement is approved and that

    a.    **Ruben Rios, Sr.** as next friend of a minor **Ruben Rios, Jr.** shall recover the sum of $20,000.00 from Defendants, and that from that amount Defendants shall deposit $ 10,331.03 in the registry of the court for the use and benefit of **Ruben Rios Jr.** and the balance of $ 9,668.97 shall be paid to **Ruben Rios Sr.** as the minor's reasonable attorneys fees and litigation expenses;

b.     **Maria Lopez** as next friend of a minor **Brian Morin** shall recover the sum of $20,000.00 from Defendants and that from that amount Defendants shall deposit $ 10,331.03 in the registry of the court for the use and benefit of **Brian Morin** and the balance of $9,668.97 shall be paid to **Maria Lopez** as the minor's reasonable attorneys fees and litigation expenses;

c.     the Clerk is hereby authorized to receive said sums for the use and benefit of the minors and the Clerk may deposit these sums in interest bearing accounts to be disbursed as the Court directs.

Costs of court are taxed to the party incurring same.

SIGNED this 25 day of November 2003 in Brownsville, Texas.

                                        JUDGE PRESIDING

**APPROVED AS TO FORM:**

LAW OFFICES OF JERRY J. TREVIÑO, P.C.
1125 South Port Avenue
Corpus Christi, TX 78405

By:_____
      JERRY J. TREVIÑO
      State Bar No. 20211228

Attorney For *Plaintiffs* DONALD MORIN, DANNY MORIN, DIANA MORIN, JENNIFER GWIN, RUBEN RIOS, SR. AS NEXT FRIEND OF A MINOR RUBEN RIOS, JR., AND MARIA LOPEZ AS NEXT FRIEND OF MINOR BRIAN MORIN